UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BRIAN JOSEPH GREF,

                    Plaintiff,

     -against-                        ORDER

AMERICAN INTERNATIONAL INDUSTRIES,    20 Civ. 5589 (GBD)
et al.

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

     The April 1, 2021 initial conference is hereby cancelled, in light of this Court's referral to Magistrate Judge Freeman for General Pretrial.

Dated: March 31, 2021
       New York, New York

                                                SO ORDERED.

                                                GEORGE B. DANIELS
                                                United States District Judge