SIMMONS HANLY CONROY
A NATIONAL LAW FIRM

SIMMONSFIRM.COM
(800) 479-9533

*From the desk of:*
*James M. Kramer, Esq.*

October 12, 2021

The proposed modified schedule is adopted.
  SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge
  Dated: 10/13/2021

**VIA ECF**
Hon. Debra C. Freeman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    *Gref v. Am. Int'l Indus.*, et al., 20-cv-05589

Dear Judge Freeman,

Plaintiff in the above-captioned case writes to apprise the Court of the parties' progress in negotiating a mutually agreeable discovery schedule. Pursuant to the Court's directive at our most recent conference, the parties have reached an agreement that discovery should proceed according to the following modified schedule:

- All fact discovery must be completed by November 30, 2021;
- Plaintiff's medical expert reports must be served upon Defendants by December 15, 2021;
- Plaintiff's non-expert reports must be served upon Defendants by January 15, 2022;
- Defendants' medical expert reports must be served upon Plaintiff by January 15, 2022;
- Defendants' non-expert reports must be served upon Plaintiff by February 15, 2022;
- Any rebuttal reports must be served by March 15, 2022;
- Expert depositions must be completed by April 29, 2022; and
- All discovery must be completed by May 13, 2022.

Plaintiff and the remaining Defendants request that the Case Management Order and Scheduling Order be amended to reflect the aforementioned schedule. Plaintiff's counsel stands ready should the Court have any questions.

Respectfully Submitted,

*We stand for our clients.*

HEADQUARTERS
One Court Street
Alton, IL 62002
TEL: (618) 259-2222
FAX: (618) 259-2251

NEW YORK
112 Madison Avenue
New York, NY 10016
TEL: (212) 784-6400
FAX: (212) 213-5949

CHICAGO
230 W. Monroe
Suite 2221
Chicago, IL 60606
TEL: (312) 759-7500
FAX: (312) 759-7516

SAN FRANCISCO
455 Market
Suite 1150
San Francisco, CA 94105
TEL: (415) 536-3986
FAX: (415) 537-4120

LOS ANGELES
100 N. Sepulveda Blvd.
Suite 1350
El Segundo, CA 90245
TEL: (310) 322-3555
FAX: (310) 322-3655

ST. LOUIS
231 S. Bemiston
Suite 525
St. Louis, MO 63105
TEL: (800) 479-9533

**SIMMONS HANLY CONROY**
A NATIONAL LAW FIRM

SIMMONSFIRM.COM
(800) 479-9533

cc:      All Counsel of Record (via ECF and electronic mail)

*We stand for our clients.*

**HEADQUARTERS**
One Court Street
Alton, IL 62002
TEL: (618) 259-2222
FAX: (618) 259-2251

**NEW YORK**
112 Madison Avenue
New York, NY 10016
TEL: (212) 784-6400
FAX: (212) 213-5949

**CHICAGO**
230 W. Monroe
Suite 2221
Chicago, IL 60606
TEL: (312) 759-7500
FAX: (312) 759-7516

**SAN FRANCISCO**
455 Market
Suite 1150
San Francisco, CA 94105
TEL: (415) 536-3986
FAX: (415) 537-4120

**LOS ANGELES**
100 N. Sepulveda Blvd.
Suite 1350
El Segundo, CA 90245
TEL: (310) 322-3555
FAX: (310) 322-3655

**ST. LOUIS**
231 S. Bemiston
Suite 525
St. Louis, MO 63105
TEL: (800) 479-9533