UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

BRIAN JOSEPH GREF,

                  Plaintiff,

      -against-

AMERICAN INTERNATIONAL INDUSTRIES, et al.

                  Defendants.

------------------------------------- x

ORDER

20 Civ. 5589 (GBD)

JAN 19 2022

GEORGE B. DANIELS, United States District Judge:

The Clerk of Court is directed to close Defendants' motion to dismiss, (ECF No. 65).

The Court denied the motion at the November 10, 2021 oral argument.

Dated: January 19, 2022
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge