**SIMMONS HANLY CONROY**
A NATIONAL LAW FIRM

SIMMONSFIRM.COM
(800) 479-9533

*From the desk of:*
*James M. Kramer, Esq.*

January 26, 2022

> The proposed modification of the discovery schedule is approved.
>
> SO ORDERED
>
> *[signature]*
>
> DEBRA FREEMAN
> United States Magistrate Judge
>
> Dated: 1/27/2022

**VIA CM/ECF**
Hon. Debra C. Freeman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Gref v. Am. Int'l Indus.*, et al., 20-cv-05589

Dear Judge Freeman,

The parties have conferred and are in agreement that the following discovery deadlines be amended as follows:

(i) Plaintiff's non-medical expert reports are to be provided by March 31, 2022;

(ii) Defendants' medical and non-medical expert reports are to be provided by April 29, 2022;

(iii) Rebuttal reports are to be provided by May 31, 2022;

(iv) Expert depositions are to be completed by July 15, 2022; and

(v) All discovery is to be completed by July 29, 2022.

If this joint request meets with Your Honor's approval, the parties respectfully request that the Court so-order the Scheduling Order amended as set forth above.

As always, we are available at the Court's convenience if you have any questions or would like additional information.

Respectfully,

*[signature]*

cc: All Counsel of Record via CM/ECF

*We stand for our clients.*

| HEADQUARTERS | NEW YORK | CHICAGO | SAN FRANCISCO | LOS ANGELES | ST. LOUIS |
|---|---|---|---|---|---|
| One Court Street | 112 Madison Avenue | 230 W. Monroe | 455 Market | 100 N. Sepulveda Blvd. | 231 S. Bemiston |
| Alton, IL 62002 | New York, NY 10016 | Suite 2221 | Suite 1150 | Suite 1350 | Suite 525 |
| TEL: (618) 259-2222 | TEL: (212) 784-6400 | Chicago, IL 60606 | San Francisco, CA 94105 | El Segundo, CA 90245 | St. Louis, MO 63105 |
| FAX: (618) 259-2251 | FAX: (212) 213-5949 | TEL: (312) 759-7500 | TEL: (415) 536-3986 | TEL: (310) 322-3555 | TEL: (800) 479-9533 |
| | | FAX: (312) 759-7516 | FAX: (415) 537-4120 | FAX: (310) 322-3655 | |