# H|P|Y HAWKINS PARNELL
Hawkins Parnell & Young, LLP

275 Madison Avenue, 10th Floor
New York, NY, 10016

Direct: 646-589-8714
Email: asargente@hpylaw.com

April 29, 2022

<u>**VIA CM/ECF**</u>

Honorable Debra C. Freeman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      RE:    <u>**Brian Joseph Gref v. American International Industries, et al.**</u>
                  <u>**Case No.: 1:20-cv-05589-GBD-DCF**</u>

Dear Judge Freeman:

      The parties have conferred and are in agreement that the following discovery deadlines be amended as follow:

1. Defendants' expert reports from Robert C. Adams and Mickey E. Gunter are to be provided by May 6, 2022; and

2. Defendants' expert reports from Tim D. Oury; Allan Feingold; Brooke T. Mossman, and Kenneth A. Mundt are to be provided by May 13, 2022.

      If this joint request meets with Your Honor's approval, the parties respectfully request that the Court so-order the Scheduling Order amended as set forth above.

      As always, we are available at the Court's convenience if you have any questions or would like additional information.

                                                Respectfully Submitted,

                                                Alfred J. Sargente

AJS/tl

cc: All Counsel of Record via CM/ECF co-defendants (via e-mail)

hpylaw.com