**Virginia Squitieri**
212.453-0772 (direct)
vsquitieri@gordonrees.com



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GORDONREES.COM

April 29, 2022

<u>Via ECF</u>

Honorable Debra C. Freeman
United States District Court
Southern District of New York
500 Pearl Street, Room 17A
New York, New York 10007

    Re: <u>Brian Joseph Gref v. American Int'l Industries, et al.</u>
       <u>Case No. 1:20-cv-05589-GDB-DCF (S.D.N.Y.)</u>

Dear Judge Freeman:

  Our office represents Defendant, Colgate-Palmolive Company, as a successor-in-interest to The Mennen Company ("Mennen"), in the above-entitled action.

  The parties have conferred and are in agreement that the following discovery deadlines be amended as follows:

1. Defendants' expert reports from Dr. Richard Attanoos, Dr. Jennifer Sahmel, Dr. Gregory Diette, and Dr. Matthew Sanchez are to be provided by May 13, 2022.

  If this joint request meets with Your Honor's approval, the parties respectfully request that the Court so-order the Scheduling Order amended as set forth above.

  As always, we are available at the Court's convenience if you have any questions or would like additional information.

               Respectfully submitted,

               Virginia Squitieri, Esq.

CC: Counsel of Record (*Via ECF*)

1230632/66813528v.1