**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
BRIAN JOSEPH GREF,

                        Plaintiff,          **20-CV-05589 (GBD) (VF)**

         -against-                      **ORDER**

AMERICAN INTERNATIONAL INDUSTRIES et al.,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are ordered to file a joint letter no later than **Monday, May 23, 2022,** providing the Court an update on the current status of discovery. The parties' requests for extensions of discovery deadlines (ECF Nos. 223 and 224) are hereby granted, and the Clerk of Court is directed to close out ECF Nos. 223 and 224. Pursuant to Defendants' letter motion at ECF No. 221, to the extent Defendants still wish to serve an updated subpoena to National Personnel Record Center for production of Karen L. Nappi's military records, Defendants are advised to submit a revised proposed subpoena to be signed by Magistrate Judge Valerie Figueredo.

         **SO ORDERED.**

DATED:     New York, New York
               May 16, 2022

                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge