

**SIMMONS HANLY CONROY**
A NATIONAL LAW FIRM

SIMMONSFIRM.COM
(800) 479-9533

*From the desk of:*
*James M. Kramer, Esq.*

June 3, 2022

**VIA ECF**
Hon. George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**SO ORDERED**

A pre-trial conference is scheduled for
September 7, 2022 at 10:00 a.m.

JUN 0 6 2022

*[signature: George B. Daniels]*

Re:   *Gref v. Am. Int'l Indus.*, et al., 20-cv-05589

Dear Judge Daniels,

Plaintiff in the above-captioned case writes in response to Court's request for a joint letter regarding the upcoming status conference currently scheduled to take place on June 8, 2022.

The parties have conferred and are in agreement that there are currently no discovery issues which require the Court's attention. The parties also agree that next week's status conference may be adjourned to the completion of discovery.

As always, please do not hesitate to let us know if Your Honor has any questions or would like additional information.

Respectfully submitted,

*[signature]*

James M. Kramer

cc:   All Counsel of Record (via ECF)

*We stand for our clients.*

| HEADQUARTERS | NEW YORK | CHICAGO | SAN FRANCISCO | LOS ANGELES | ST. LOUIS |
|---|---|---|---|---|---|
| One Court Street | 112 Madison Avenue | 230 W. Monroe | 455 Market | 100 N. Sepulveda Blvd. | 231 S. Bemiston |
| Alton, IL 62002 | New York, NY 10016 | Suite 2221 | Suite 1150 | Suite 1350 | Suite 525 |
| TEL (618) 259-2222 | TEL (212) 784-6400 | Chicago, IL 60606 | San Francisco, CA 94105 | El Segundo, CA 90245 | St. Louis, MO 63105 |
| FAX (618) 259-2251 | FAX (212) 213-5949 | TEL (312) 759-7500 | TEL (415) 536-3986 | TEL (310) 322-3555 | TEL (800) 479-9533 |
|  |  | FAX (312) 759-7516 | FAX (415) 537-4120 | FAX (310) 322-3655 |  |