**SIMMONS HANLY CONROY**
A NATIONAL LAW FIRM

SIMMONSFIRM.COM
(800) 479-9533

*From the desk of:*
*James M. Kramer, Esq.*

July 29, 2022

**VIA ECF**
Hon. Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Application Granted

Valerie Figueredo, U.S.M.J.
DATED:
8-1-2022

     Re.    *Gref v. Am. Int'l Indus.*, et al., 20-cv-05589

Dear Judge Figueredo,

     I write on behalf of both Plaintiff and Defendants with a joint request for an extension by which to complete expert depositions.

     The parties continue to move forward diligently according to the current deadlines but are in need of additional time to coordinate coverage and the logistics presented by the multitude of expert depositions that are proceeding in this case. Along these lines, it is respectfully requested that the parties be afforded through October 7, 2022 to complete expert depositions.

     As always, we stand ready to provide additional information or answer any questions the Court may have.

                  Respectfully yours,

                  James M. Kramer

cc:    All Counsel of Record (via ECF)

*We stand for our clients.*

| HEADQUARTERS | NEW YORK | CHICAGO | SAN FRANCISCO | LOS ANGELES | ST. LOUIS |
|---|---|---|---|---|---|
| One Court Street | 112 Madison Avenue | 230 W. Monroe | 455 Market | 100 N. Sepulveda Blvd. | 231 S. Bemiston |
| Alton, IL 62002 | New York, NY 10016 | Suite 2221 | Suite 1150 | Suite 1350 | Suite 525 |
| TEL: (618) 259-2222 | TEL: (212) 784-6400 | Chicago, IL 60606 | San Francisco, CA 94105 | El Segundo, CA 90245 | St. Louis, MO 63105 |
| FAX: (618) 259-2251 | FAX: (212) 213-5949 | TEL: (312) 759-7500 | TEL: (415) 536-3986 | TEL: (310) 322-3555 | TEL: (800) 479-9533 |
| | | FAX: (312) 759-7516 | FAX: (415) 537-4120 | FAX: (310) 322-3655 | |