UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
BRIAN JOSEPH GREF,

                Plaintiff,

    -against-                      ORDER

AMERICAN INTERNATIONAL INDUSTRIES,    20 Civ. 5589 (GBD)
et al.

                Defendants.

------------------------------------- x
GEORGE B. DANIELS, United States District Judge:

    The September 7, 2022 pretrial conference is adjourned until discovery is complete in this case. Once discovery is complete, the parties are to notify the Court.

Dated: September 6, 2022
       New York, New York

                                      SO ORDERED.

                                      _George B. Daniels_
                                      GEORGE B. DANIELS
                                      UNITED STATES DISTRICT JUDGE