# HAWKINS PARNELL
Hawkins Parnell & Young, LLP

600 Lexington Avenue, 8th Floor
New York, NY 10022

Direct: (646) 589-8714
Email: asargente@hpylaw.com

October 27, 2022

**VIA ECF**
Hon. Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      RE:   *Brian Joseph Gref v. American International Industries, et al.*
                *Case No.: 1:20-cv-05589-GBD-DCF*

Dear Justice Figueredo:

    As you may know, we represent Defendant American International Industries in the above-referenced action. We hereby submit an updated proposed Subpoena to Navy Personnel Command, PERS 312D1, 5720 Integrity Drive, Millington, TN 38055-3210, for the production of Karen L. Nappi's military records to be so ordered by Your Honor in the above-referenced action.

    For Your Honor's convenience, attached please find a copy of the Subpoena to National Personnel Records Center "(NPRC)" for Ms. Nappi's military records, Justice Debra Freeman so ordered on March 22, 2022. On October 20, 2022, we were advised by the NPRC by e-mail, attached, to make this inquiry to the Navy Personnel Command. Thus, we respectfully request that Your Honor so order the attached updated proposed Subpoena to the Navy Personnel Command for the production of Karen L. Nappi's military records.

    Thank you for your assistance in this matter.

                                                          Respectfully Submitted,

                                                          Alfred J. Sargente

cc:    All parties of records (via ECF)