# EXHIBIT M

1                IN THE COURT OF COMMON PLEAS

2          FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

3                      CIVIL DIVISION

4                          - - -

5   HOLLY FISHER, EXECUTRIX     : JULY TERM 2019
    ESTATE OF SANDRA REICHART   : NO. 19070087
6                               :

7          vs.                  :

8                               :
    AMERICAN INTERNATIONAL      :
9   INDUSTRIES, individually    :
    and as successor-in-interest:
10  for the CLUBMAN BRAND, and  :
    the NESLEMUR COMPANY and    :
11  PINAUD COMPANY, et al       :

12                         - - -

13                 Thursday, October 13, 2022
                   Courtroom 675, City Hall
14                 Philadelphia, Pennsylvania

15                         - - -

16                    MORNING SESSION

17                         - - -

18

19  B E F O R E:

20        THE HONORABLE SIERRA THOMAS-STREET, J.

21                         - - -

22

23  Reported by:  Stephanie Goffredo, RPR
                  Official Court Reporter
24

25

```
 1    A P P E A R A N C E S:

 2

 3    SIMMONS HANLY CONROY
      JAMES KRAMER, ESQUIRE
 4    DONALD P. BLYDENBURGH, ESQUIRE
      OLIVIA KELLY, ESQUIRE
 5    ATTORNEY FOR PLAINTIFFS

 6

      LATHROP GPM
 7    ROBERT E. THACKSTON, ESQUIRE
      ATTORNEY FOR DEFENDANT AII
 8

 9    MCGIVNEY KLUGER CLARK & INTOCCIA, P.C.
      DAVID W. SNYDER, ESQUIRE
10    ATTORNEY FOR

11

12    WILLCOX SAVAGE
      ERIC D. COOK, ESQUIRE
13    ATTORNEY FOR WHITTAKER AND CLARK

14

15

16

17

18

19

20

21

22

23

24

25
```

Fisher vs. American International Industries, et al

1  diagnosis made, but I've seen over the years, you

2  know, dozens or hundreds of folks with mesothelioma

3  who might have come to see me to talk about where

4  their exposures were.

5       Q    How about asbestosis, have you evaluated

6  or interviewed patients with asbestosis?

7       A    I have.  Many of the folks that we see,

8  the plumbers and pipe fitters had a significant

9  exposure to asbestos, so we've seen a lot of

10  asbestosis.  Certainly, at Mount Sinai, during the

11  earlier years when I was there, we saw a number of

12  patients with asbestosis.

13       Q    Have you evaluated or interviewed patients

14  with asbestos-related lung cancer?

15       A    Yes, and we see them all the time, in

16  fact, I've had a number of patients that we caught

17  the lung cancer and it's been treated early and

18  they're thankfully still with us and that's part of

19  the goal of our medical surveillance program, which

20  is to identify early stage lung cancers so that they

21  can be treated -- so that they can be identified at

22  a treatable stage.

23       Q    Are you familiar with the process of

24  workers' compensation?

25       A    I am.  I've been dealing with workers'

Fisher vs. American International Industries, et al

1    compensation patients since I started at Mount

2    Sinai.

3        Q    Could you explain in what way you're

4    involved with that process?

5        A    Sure.  It's a process where a patient may

6    feel that they have an exposure at a workplace

7    that's making them sick.  They have to do some

8    paperwork, then they have to provide medical

9    evidence that their exposures are related -- that

10   their workplace exposures have caused the disease,

11   and then the workplace has to provide information

12   saying whether there is exposure at the workplace

13   that could cause the disease and it's -- part of it

14   is an insurance process, but it also can involve if

15   there's a dispute that there may not be such an

16   exposure or the exposure didn't cause the disease,

17   and then you have hearings, and there's workers'

18   comp judges that make decisions.

19       Q    What significance is there, if any, to a

20   workers' compensation judge denying a worker's

21   application or claim?

22            MR. THACKSTON:  Objection.  Outside the

23       scope.

24            THE COURT:  Your response.

25            MR. KRAMER:  We just laid the foundation

Fisher vs. American International Industries, et al

```
 1        of her involvement.
 2            THE WITNESS:  That a worker's compensation
 3        is going to look at the information provided to
 4        them by the employer and by the claimant or the
 5        patient, as well as if there's medical
 6        information, look to see if there's a
 7        connection, look to see if there's an exposure
 8        in the workplace and make a decision if there's
 9        sufficient evidence for there to be a claim to
10        go forward.
11   BY MR. KRAMER:
12        Q    Dr. Brody and Dr. Longo talked a little
13   bit about peer review.  Have you ever served as a
14   peer reviewer?
15        A    Yes.
16        Q    Is that something you do regularly?
17        A    Yes, I'm editor and chief of a journal, so
18   I'm involved in that process all the time.
19        Q    Have you ever published in a peer-reviewed
20   publication?
21        A    Yes.
22        Q    How many times?
23        A    Eighty -- I haven't counted.  I should
24   because I usually get asked a question like this,
25   but I don't know the exact number, but it's probably
```

```
1                C E R T I F I C A T E

2           I hereby certify that the proceedings and

3       evidence noted are contained fully and

4       accurately in the stenographic notes taken by

5       me on the proceedings of the above matter, and

6       that this is a correct transcript of the same.

7

8

9

10

11           -------------

12           Stephanie Goffredo, RPR
             Official Court Reporter
13

14

15           (The foregoing certification of this

16       transcript does not apply to any reproduction

17       of the same by any means, unless under the

18       direct control and/or supervision of the

19       certifying reporter.)

20

21

22

23

24

25
```