IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN JOSEPH GREF,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL INDUSTRIES, *et al.*,<br><br>Defendant. | No. 1:20-cv-005589-GBD<br><br>NOTICE OF NON-PARTY NORTHWELL HEALTH, INC.'S MOTION TO MODIFY SUBPOENA SERVED BY DEFENDANT AMERICAN INTERNATIONAL INDUSTRIES |

**PLEASE TAKE NOTICE** that, upon the Declaration of Nathan A. Huff dated November 4, 2022, and the accompanying Memorandum of Law in Support of Non-Party Northwell Health Inc.'s Motion to Modify Subpoena Served by Defendant American International Industries (collectively, "Moving Papers"), non-party Northwell Health, Inc. ("Northwell") will move this Court to enter an Order modifying Defendant American International Industries' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action pursuant to Rule 45(d)(3) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(a), any opposing affidavits and answering memoranda of law (collectively, "Answering Papers") shall be served within seven (7) days after service of the Moving Papers, and Northwell's reply affidavit and reply memoranda, if any, shall be served within two (2) days after service of the Answering Papers.

This the 4th day of November, 2022.

        **K&L GATES LLP**

        /s/ Kodey M. Haddox
        Kodey M. Haddox
        599 Lexington Ave.
        New York, New York 10022
        Telephone:  (212) 536-3920
        Facsimile:  (212) 536-3901
        E-mail: kodey.haddox@klgates.com

        Nathan A. Huff (*pro hac vice pending*)
        North Carolina State Bar No. 40626
        Anderson M. Shackelford (*pro hac vice pending*)
        North Carolina State Bar No. 49510
        430 Davis Dr., Suite 400
        Morrisville, North Carolina 27560
        Telephone:  (919) 789-5703
        Facsimile:  (919) 789-5301
        E-mail: nate.huff@klgates.com
        E-mail: anderson.shackelford@klgates.com

        ***Counsel for Non-Party Northwell Health, Inc.***