**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **BRIAN JOSEPH GREF,** | **No. 1:20-cv-005589-GBD** |
| **Plaintiff,** | |
| | **NOTICE OF NON-PARTY** |
| **v.** | **NORTHWELL HEALTH, INC.'S** |
| | **MOTION TO MODIFY SUBPOENA** |
| **AMERICAN INTERNATIONAL** | **SERVED BY DEFENDANT** |
| **INDUSTRIES,** *et al.*, | **WHITTAKER, CLARK & DANIELS,** |
| | **INC.** |
| **Defendant.** | |

 **PLEASE TAKE NOTICE** that, upon the Declaration of Nathan A. Huff dated November 4, 2022, and the accompanying Memorandum of Law in Support of Non-Party Northwell Health Inc.'s Motion to Modify Subpoena Served by Defendant Whittaker, Clark & Daniels, Inc. (collectively, "Moving Papers"), non-party Northwell Health, Inc. ("Northwell") will move this Court to enter an Order modifying Defendant Whittaker, Clark & Daniels, Inc.'s Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action pursuant to Rule 45(d)(3) of the Federal Rules of Civil Procedure.

 **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(a), any opposing affidavits and answering memoranda of law (collectively, "Answering Papers") shall be served within seven (7) days after service of the Moving Papers, and Northwell's reply affidavit and reply memoranda, if any, shall be served within two (2) days after service of the Answering Papers.

This the 4th day of November, 2022.

**K&L GATES LLP**

/s/ Kodey M. Haddox
Kodey M. Haddox
599 Lexington Ave.
New York, New York 10022
Telephone:  (212) 536-3920
Facsimile:  (212) 536-3901
E-mail: kodey.haddox@klgates.com

Nathan A. Huff (*pro hac vice pending*)
North Carolina State Bar No. 40626
Anderson M. Shackelford (*pro hac vice pending*)
North Carolina State Bar No. 49510
430 Davis Dr., Suite 400
Morrisville, North Carolina 27560
Telephone:  (919) 789-5703
Facsimile:  (919) 789-5301
E-mail: nate.huff@klgates.com
E-mail: anderson.shackelford@klgates.com

*Counsel for Non-Party Northwell Health, Inc.*