**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BRIAN JOSEPH GREF,

                        Plaintiff,                **20-CV-05589 (GBD) (VF)**

       -against-                           **ORDER**

AMERICAN INTERNATIONAL INDUTSTRIES et al.,

                      Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Due to an unforeseen scheduling conflict, the conference scheduled for Monday, December 12, 2022 at 2:00 p.m., has been rescheduled to **3:30 p.m**. on the same day.

**SO ORDERED.**

DATED:     New York, New York
               November 15, 2022

                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge