UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN JOSEPH GREF,<br><br>        Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL INDUSTRIES, et al.<br><br>        Defendants. | Case No. 1:20-CV-05589-GBD<br><br>NOTICE OF WHITTAKER CLARK & DANIELS, INC.'S CROSS-MOTION TO COMPEL NON-PARTY NORTHWELL HEALTH, INC'S COMPLETE RESPONSE TO SUBPOENA |

**PLEASE TAKE NOTICE** that, upon the enclosed Memorandum of Law by Defendant Whittaker, Clark & Daniels, Inc. (which adopts and joins Defendant American International Industries' (A-I-I) Memorandum of Law and all Supporting Papers filed today), WCD asks this Court to enter an Order denying the non-party, Northwell Health, Inc.'s Motion to Modify the Subpoena WCD served on or about October 14, 2022, and cross-moves herein for the Court to enter a further Order compelling Northwell to fully respond to WCD's Subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(a), any opposing affidavits and answering memoranda of law (collectively, "Answering Papers") to the Cross-Motion shall be served within seven (7) days after service of the Moving Papers.

This 21st day of November 2022.

                                                    LANDMAN CORSI BALLAINE & FORD P.C.

                                          By: *Christopher Kozak*

                                              Christopher Kozak
                                              Attorneys for Defendant Whittaker, Clark & Daniels, Inc. (WCD)
                                              One Gateway Center, 22nd Floor
                                              Newark, NJ 07102
                                              Tel: 973-623-2700/Fax: 973-623-4496