# HAWKINS PARNELL
Hawkins Parnell & Young, LLP

275 Madison Ave, 10th Fl
New York, NY 10016

Direct: (646) 589-8714
Email: asargente@hpylaw.com

December 8, 2022

**VIA ECF**
Honorable Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

> **RE:**   *Brian Joseph Gref v. American International Industries, et al.*
> *Case No.: 1:20-cv-05589-GBD-DCF*

Dear Judge Figueredo:

    We represent Defendant American International Industries ("AII") in the above-referenced action and write to request that the discovery conference scheduled for December 12th, 2022 at 3:30 p.m. be conducted via Zoom, Teams or another video-enabled platform that will allow us to share certain documents relevant to the issues to be discussed with Your Honor and all counsel.

    Thank you for your time and attention to this matter.

                                          Respectfully Submitted,

                                          Alfred J. Sargente

cc:     All parties of records (via ECF)