# EXHIBIT 1

| | |
|---|---|
| **From:** | Jim Kramer |
| **To:** | Sargente, Alfred J. |
| **Subject:** | Re: Gref video capability for 12/12 conference |

I will need to know before I can agree.

Sent from my iPhone

> On Dec 8, 2022, at 12:55 PM, Sargente, Alfred J. <asargente@hpylaw.com> wrote:
>
> **EXTERNAL:** Think before you click!
>
> I'm not sure.  Robert is the one who requested it.
>
> *Alfred Sargente*
> *Partner*
>
> **Hawkins Parnell & Young LLP**
> 275 Madison Avenue, 10th Floor
> New York, NY 10016
> **Direct:** 646-589-8714
> **Office:** 212-897-9655
> **Cell:** 917-756-2097
> **Fax:** 646-589-8700
> **E-Mail:** asargente@hpylaw.com
>
> Atlanta | Austin | Charleston | Chicago | Dallas | Los Angeles | Napa | New York | St. Louis | San Francisco
>
> ---
>
> **From:** Jim Kramer <jkramer@simmonsfirm.com>
> **Sent:** Thursday, December 8, 2022 12:54 PM
> **To:** Sargente, Alfred J. <asargente@hpylaw.com>
> **Subject:** Re: Gref video capability for 12/12 conference
>
> What documents do you plan to show?  Were they exhibits to your papers?
>
> Sent from my iPhone
>
>> On Dec 8, 2022, at 12:43 PM, Sargente, Alfred J. <asargente@hpylaw.com> wrote:
>>
>> **EXTERNAL:** Think before you click!

Hi Jim,

Do you have any objection to having a video (as opposed to strictly telephonic) conference with Magistrate Figueredo on Monday? We may want to show some documents to the judge.

Please let me know asap.

Thanks,

*Alfred Sargente*
*Partner*
**Hawkins Parnell & Young LLP**
275 Madison Avenue, 10th Floor
New York, NY 10016
**Direct:** 646-589-8714
**Office:** 212-897-9655
**Cell:** 917-756-2097
**Fax:** 646-589-8700
**E-Mail:** asargente@hpylaw.com

Atlanta | Austin | Charleston | Chicago | Dallas | Los Angeles | Napa | New York | St. Louis | San Francisco

This e-mail and any files transmitted with it are privileged and confidential, and they are intended solely for the use of the intended recipient(s). If you are not an intended recipient, you should notify the sender immediately, delete this e-mail and any files transmitted with it from your system, and destroy or return all copies.