UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BRIAN JOSEPH GREF,

                              Plaintiff,                        20-CV-05589 (GBD) (VF)

       -against-                                **ORDER SCHEDULING ORAL ARGUMENT**

AMERICAN INTERNATIONAL INDUTSTRIES
et al.,

                              Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

An oral argument in this matter with respect to non-party Northwell Health's pending motions to modify subpoenas served by Defendants American International Industries and Whittaker, Clark, and Daniels, Inc., and Defendants' cross-motion to compel subpoena responses (see ECF Nos. 264-69, 279-281, 286, 288), is hereby scheduled for **Wednesday, February 8, 2023, at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information.

      SO ORDERED.

DATED:    New York, New York
                December 13, 2022

                                                          _____
                                                            VALERIE FIGUEREDO
                                                             United States Magistrate Judge