# LANDMAN CORSI BALLAINE & FORD P.C.

### A NEW YORK PROFESSIONAL CORPORATION

#### ATTORNEYS AT LAW

JANELLE N. WINTERS
MEMBER
EMAIL: jwinters@lcbf.com

ONE GATEWAY CENTER

22ND FLOOR

NEWARK, NJ 07102

TELEPHONE (973) 623-2700

FACSIMILE (973) 623-4496

www.lcbf.com

120 Broadway
13th Floor
New York, New York 10271
Tel: (212) 238-4800

One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103
Tel: (215) 561-8540

February 2, 2023

**_Via ECF_**
Hon. Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  **Brian Joseph Gref v. American International Industries, et al.**
     **Case No.: 1:20-cv-05589-GBD-DCF**

Dear Justice Figueredo:

Defendant, Whittaker, Clark & Daniels, Inc. ("WCD") requests leave to supplement its Opposition to Defendant, Northwell Health, Inc.'s ("Northwell"), November 4, 2022 Motion to limit the subpoena served by WCD.

Specifically, attached for Your Honor's consideration please find a complete copy of the invoices produced by Northwell in response to WCD's subpoena. (*See* Exhibit A). These invoices were referenced in WCD's Opposition and Cross-Motion filed on November 11, 2022 and were discussed at oral argument on December 12, 2022. The invoices are relevant to the disposition of the instant motion, in that they reflect numerous payments made to Northwell by various plaintiffs' firms between 7/7/2018 and 10/4/2022, totaling approximately $569,015.00. Moreover, approximately $32,400.00 in payments were made by Plaintiff's counsel in this matter to Northwell between 10/9/2019 and 10/4/2022.

Thank you for your time and attention to this matter.

Respectfully,

*Janelle N. Winters*

Janelle N. Winters

JNW
cc:    All counsel of record (*via ECF*)
       Nate Huff, Esq. (*via ECF & email*)

4861-3490-0302v.1

# EXHIBIT A



Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

The Lanier Law Firm, PLLC                                    October 9, 2018
Tower 56
126 East 56th Street
New York, NY 10022
Attention: Darron Berquist

                                                            RE Deposition

## INVOICE / STATEMENT

| Dates of service: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| October 4, 2018 7 hrs @ $550 /hr | $3,850.00 | $0.00 | $3,850.00 | Deposition-REDACTED case |

| | Total Due | | | |
|---|---|---|---|---|
| | $3,850.00 | $0.00 | $3,850.00 | |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to the attention of Department of Occupational Medicine, Epidemiology & Prevention
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084

MAD:NC



**Occupational Medicine, Epidemiology and Prevention**

175 Community Drive, 2nd Fl
Great Neck, New York
11021

The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
New York, NY 10022
Attention: Rachel Lanier

July 18, 2018

RE Trial Testimony

## INVOICE / STATEMENT

| Dates of service: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| June 25, 2018 9.5 hrs @ $550 /hr | $5,225.00 | | $5,225.00 | Trial testimony- RE case |

| | Total Due | | | |
|---|---|---|---|---|
| | $5,225.00 | $0.00 | $5,225.00 | |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to the attention of  Department of Occupational Medicine, Epidemiology & Prevention
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084

MAD:NC

**Northwell Health** ℠

**Occupational Medicine, Epidemiology and Prevention**

175 Community Drive, 2nd Fl
Great Neck, New York
11021

The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
New York, NY 10022
Attention: Rachel Lanier

March 16, 2018

RE: REDACT cases

## INVOICE / STATEMENT

| | Total | Paid | Due | Comment |
|---|---|---|---|---|
| Total of 30 hrs @ $550 /hr | $550.00 | $0.00 | $16,500.00 | REDACTED cases |

| | | | |
|---|---|---|---|
| Total Due | | | $16,500.00 |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to the attention of Department of Occupational Medicine, Epidemiology & Prevention
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084

MAD:NC



**Occupational Medicine, Epidemiology and Prevention**

175 Community Drive, 2nd Fl
Great Neck, New York
11021

The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
New York, NY 10022
Attention: Darron Berquist

September 26, 2018

RE Depositions

## INVOICE / STATEMENT

| Dates of service: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| September 17, 2018 6 hrs @ $550 /hr | $3,300.00 | $0.00 | $3,300.00 | Depositions **REDAC** and **REDA** |

| | Total Due | $3,300.00 | $0.00 | $3,300.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to the attention of  Department of Occupational Medicine, Epidemiology & Prevention
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084

MAD:NC



Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Levy Konigsberg LLP                                          December 17, 2018
800 Third Avenue, 11th Floor
New York, NY  10022
Attention: Amber Long, Esq.

                                                            RE: Trial testimony

## INVOICE / STATEMENT

please remit payment for services as noted below:

| Services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| December 6, 2018 8 hrs @ $550/hr. | $4,400.00 | $0.00 | $4,400.00 | REDACTED case |
| December 10, 2018 8 hrs @ $550/hr. | $4,400.00 | $0.00 | $4,400.00 | case |

| | Total Due | $8,800.00 | $0.00 | $8,800.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084



**Occupational Medicine, Epidemiology and Prevention**

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Levy Konigsberg LLP                                    October 1, 2018
800 Third Avenue, 11th Floor
New York, NY 10022
Attention: Amanda Kadish

                                                       RE: Prep/Deposition

**INVOICE / STATEMENT**

please remit payment for services as noted below:

| Services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| September 27, 2018 1 hrs @ $550/hr. | $550.00 | $0.00 | $550.00 | RED case |
| September 27, 2018 8 hrs @ $550/hr. | $4,400.00 | $0.00 | $4,400.00 | ACT case ED |



| | Total Due | $4,950.00 | $0.00 | $4,950.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084



**Northwell Health℠**

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Levy Konigsberg LLP                                      August 31, 2018
800 Third Avenue, 11th Floor
New York, NY 10022
Attention: Amber Long

                                                         RE: Deposition

## INVOICE / STATEMENT

please remit payment for services as noted below:

| Services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| August 31, 2018 3 hrs @ $550/hr. | $1,650.00 | $0.00 | $1,650.00 | REDacted case |

| | Total Due | | | |
|---|---|---|---|---|
| | $1,650.00 | $0.00 | $1,650.00 | |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084

**Northwell Health℠**

**Occupational Medicine, Epidemiology and Prevention**

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Levy Konigsberg LLP                                                        March 12, 2018
800 Third Avenue, 11th Floor
New York, NY 10022
Attention: Lauren DiStefano

                                                                RE: Trial Testimony

**INVOICE / STATEMENT**

For contractual agreement with Levy Konigsberg and Jacqueline Moline, MD
Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| February 22, 2018 8 hrs @ $550 per hour | $4,400.00 | $0.00 | $4,400.00 | Trial testimony- ██████ case |
| February 28, 2018 8 hrs @ $550 per hour | $4,400.00 | $0.00 | $4,400.00 | Trial testimony- ██████ case |
| March 1, 2018 8 hrs @ $550 per hour | $4,400.00 | $0.00 | $4,400.00 | Trial testimony- ██████ case |
| **Total Due** | **$13,200.00** | **$0.00** | **$13,200.00** | |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084


### Northwell Health™

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Levy Konigsberg LLP                                            November 14, 2018
800 Third Avenue, 11th Floor
New York, NY 10022
Attention: Lauren DiStefano
                                                              RE: Deposition

| | | INVOICE / STATEMENT | | |
|---|---|---|---|---|

please remit payment for services as noted below:

| Services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| November 8, 2018 7 hrs @ $550/hr. | $3,850.00 | $0.00 | $3,850.00 | REDACT Deposition |

| | Total Due | $3,850.00 | $0.00 | $3,850.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084



Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Levy Konigsberg LLP                                              August 10, 2018
800 Third Avenue, 11th Floor
New York, NY 10022
Attention: Luke Harrison
                                                    RE: REDACTED

| INVOICE / STATEMENT |
|---|

please remit payment for services as noted below:

Reads done by Dr. Jaime Szeinuk

| Services: | Date | Total | Paid | Due | Comment |
|---|---|---|---|---|---|
| REDACTED | 8/9/18 | $100.00 | $0.00 | $100.00 | B-Read film REDACTED case |
| | 8/9/18 | $150.00 | $0.00 | $150.00 | |
| REDACTED | 8/9/18 | $100.00 | $0.00 | $100.00 | B-Read film REDACTED case |

| | Total Due | $350.00 | $0.00 | $350.00 | |
|---|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084



**Northwell Health**℠

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Levy Konigsberg LLP                                          December 17, 2018
800 Third Avenue, 11th Floor
New York, NY  10022
Attention: Donald Blydenburgh, Esq.

                                                    RE: Deposition

## INVOICE / STATEMENT

please remit payment for services as noted below:

| Services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| December 12, 2018 3.5 hrs @ $550/hr. | $1,925.00 | $0.00 | $1,925.00 | REDACTED case |

| | Total Due | | |
|---|---|---|---|
| | $1,925.00 | $0.00 | $1,925.00 |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084



Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simon, Greenstone, Pantier & Bartlett                                    March 12, 2018
3780 Kilroy Airport Way
Suite 540
Long Beach, CA 90806
Attention  Leah Kagan                                    RE  Depositions

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| February 21, 2018 7.5 hours @ $550/hr | $4,125.00 | $0.00 | $4,125.00 | Depositions in the REDACTED cases |

| | Total Due | $4,125.00 | $0.00 | $4,125.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn  Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084



Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simon, Greenstone, Pantier & Bartlett                                September 26, 2018
3780 Kilroy Airport Way
Suite 540
Long Beach, CA 90806
Attention: Leah Kagan                                                RE: Deposition

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| September 14, 2018 9 hours @ $550/hr | $4,950.00 | $0.00 | $4,950.00 | Deposition-REDA. case |

| | Total Due | $4,950.00 | $0.00 | $4,950.00 |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084



Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simon, Greenstone, Pantier & Bartlett                              June 5, 2018
3780 Kilroy Airport Way
Suite 540
Long Beach, CA 90806
Attention: Leah Kagan                         RE: Trial Testimony

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| May 9, 2018 9 hours @ $550/hr | $4,950.00 | $0.00 | $4,950.00 | Trial Testimony-REDACTED |

|  | Total Due | $4,950.00 | $0.00 | $4,950.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084

Northwell_00000014



**Occupational Medicine, Epidemiology and Prevention**

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simon, Greenstone, Pantier & Bartlett                                    June 5, 2018
3780 Kilroy Airport Way
Suite 540
Long Beach, CA 90806
Attention: Leah Kagan                                    RE: Depositions

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| May 5, 2018 2.5 hours @ $550/hr | $1,375.00 | $0.00 | $1,375.00 | Depositions in the **REDACTED** cases |

|  | | | |
|---|---|---|---|
| **Total Due** | $1,375.00 | $0.00 | $1,375.00 |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084

**Northwell Health℠**

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simon, Greenstone, Pantier & Bartlett                     June 4, 2018
3780 Kilroy Airport Way
Suite 540
Long Beach, CA 90806
Attention: Leah Kagan
                                                          RE: Depositions

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| April 25, 2018 8.5 hours @ $550/hr | $4,675.00 | $0.00 | $4,675.00 | Depositions in the ▮REDACTED▮ cases |

| | Total | Paid | Due | |
|---|---|---|---|---|
| **Total Due** | $4,675.00 | $0.00 | $4,675.00 | |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084



**Occupational Medicine, Epidemiology and Prevention**

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simon, Greenstone, Pantier & Bartlett
3780 Kilroy Airport Way
Suite 540                                                                    April 19, 2018
Long Beach, CA 90806
Attention: Leah Kagan

RE: Deposition

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

Dates of services:

| | Total | Paid | Due | Comment |
|---|---|---|---|---|
| April 18, 2018 8.5 hours @ $550/hr | $4,675.00 | $0.00 | $4,675.00 | Deposition in the RED case |

| | Total Due | | | |
|---|---|---|---|---|
| | $4,675.00 | $0.00 | $4,675.00 | |

Please make check payable to North Shore University Hospital, Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084


**Northwell Health℠**

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simon, Greenstone, Pantier & Bartlett                                August 8, 2018
3780 Kilroy Airport Way
Suite 540
Long Beach, CA 90806
Attention: Leah Kagan
                                                                RE: Trial testimony

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below.

| Dates of services: | **Total** | **Paid** | **Due** | **Comment** |
|---|---|---|---|---|
| August 3, 2018 8 hours @ $550/hr | $4,400.00 | $0.00 | $4,400.00 | Trial Testimony- REDA case |

| | **Total Due** | $4,400.00 | $0.00 | $4,400.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021  Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084


**Northwell Health**℠

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simon, Greenstone, Pantier & Bartlett                                    August 8, 2018
3780 Kilroy Airport Way
Suite 540
Long Beach, CA 90806
Attention: Leah Kagan                                        RE: Trial testimony

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| August 2, 2018 10.5 hours @ $550/hr | $5,775.00 | $0.00 | $5,775.00 | Trial Testimony REDACT case |

| | Total Due | $5,775.00 | $0.00 | $5,775.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084



**Northwell Health™**

**Occupational Medicine, Epidemiology and Prevention**

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simon, Greenstone, Pantier & Bartlett                                    September 6, 2018
3780 Kilroy Airport Way
Suite 540
Long Beach, CA 90806
Attention: Leah Kagan                                    RE: Trial testimony

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| September 4, 2018 8 hours @ $550/hr | $4,400.00 | $0.00 | $4,400.00 | Trial Testimony _____ case |

| | | | |
|---|---|---|---|
| Total Due | $4,400.00 | $0.00 | $4,400.00 |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084



Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simon, Greenstone, Pantier                                      October 26, 2018
1201 Elm Street
Suite 3400
Dallas, TX 75270
Attention: David Greenstone                               RE: Trial Testimony

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below.

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| October 11, 2018 68hours @ $550/hr | $4,400.00 | $0.00 | $4,400.00 | Trial testimony REDACTED case |
| October 12, 2018 68hours @ $550/hr | $4,400.00 | $0.00 | $4,400.00 | Trial testimony case |
| October 13, 2018 68hours @ $550/hr | $4,400.00 | $0.00 | $4,400.00 | Trial testimony case |
| October 15, 2018 68hours @ $550/hr | $4,400.00 | $0.00 | $4,400.00 | Trial testimony case |
| October 22, 2018 68hours @ $550/hr | $4,400.00 | $0.00 | $4,400.00 | Trial testimony case |
| October 23, 2018 68hours @ $550/hr | $4,400.00 | $0.00 | $4,400.00 | Trial testimony case |

**Total Due**   $26,400.00      $0.00      $26,400.00

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084



**Occupational Medicine, Epidemiology and Prevention**

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simon, Greenstone, Pantier                                    October 9, 2018
1201 Elm Street
Suite 3400
Dallas, TX 75270
Attention: Leah Kagan                                    RE: Deposition

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| October 1, 2018 6 hours @ $550/hr | $3,300.00 | $0.00 | $3,300.00 | Deposition REDACT ase |

|  | Total Due | $3,300.00 | $0.00 | $3,300.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084



**Northwell Health℠**

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simon, Greenstone, Pantier                                    November 29, 2018
750 Third Avenue
Suite 976
New York, NY 10017
Attention: Joseph Mandia                                      RE: Prep/Dep

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| November 27, 2018 1.5 hours @ $550/hr | $825.00 | $0.00 | $825.00 | Preparation REDACTED Case |
| November 27, 2018 6.5 hours @ $550/hr | $3,575.00 | $0.00 | $3,575.00 | Deposition TED ase |

|  | | | |
|---|---|---|---|
| **Total Due** | **$4,400.00** | **$0.00** | **$4,400.00** |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084



**Occupational Medicine, Epidemiology and Prevention**

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simon, Greenstone, Pantier & Bartlett                                  April 4, 2018
3780 Kilroy Airport Way
Suite 540
Long Beach, CA 90806
Attention: Leah Kagan                                            RE: Deposition

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| March 28, 2018 4 hours @ $550/hr | $2,200.00 | $0.00 | $2,200.00 | Deposition in the REDACTED case |

| | Total Due | $2,200.00 | $0.00 | $2,200.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital, Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084



**Occupational Medicine, Epidemiology and Prevention**

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simon, Greenstone, Pantier & Bartlett                                      April 4, 2018
3780 Kilroy Airport Way
Suite 540
Long Beach, CA 90806
Attention: Leah Kagan                                      RE: Deposition

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| March 28, 2018 4.25 hours @ $550/hr | $2,337.50 | $0.00 | $2,337.50 | Deposition in the **RED** case |

| | Total | Paid | Due |
|---|---|---|---|
| **Total Due** | **$2,337.50** | **$0.00** | **$2,337.50** |

Please make check payable to North Shore University Hospital, Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084



Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simon, Greenstone, Pantier & Bartlett                                    July 17, 2018
3780 Kilroy Airport Way
Suite 540
Long Beach, CA 90806
Attention: Leah Kagan                                          RE: Deposition

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| July 12, 2018 8 hours @ $550/hr | $4,400.00 | $0.00 | $4,400.00 | Deposition REDACTED case |

| | Total | Paid | Due |
|---|---|---|---|
| **Total Due** | $4,400.00 | $0.00 | $4,400.00 |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084



**Occupational Medicine, Epidemiology and Prevention**

175 Community Drive, 2nd Fl
Great Neck, New York
11021

December 30, 2019

The Lanier Law Firm, PLLC
126 East 56th Street
Tower 56
New York, NY 10022
Attention: Darron Berquist, Esq.

RE: **REDACT**

| INVOICE / STATEMENT |
|:---:|

For contractual agreement with Lanier Law Firm and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of service: | Due | Comment |
|---|---|---|
| December 18, 2019 2 hrs @ $600 /hr | $1,200.00 | Prep **RED** ase |
| December 19, 2019 7.5 hrs @ $600 /hr | $4,500.00 | Deposition **RED** case |
| December 27, 2019 3.5 hrs @ $600/hr | $2,100.00 | Deposition **ACT** s |

| Total Due | | | $7,800.00 |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to the attention of Department of Occupational Medicine, Epidemiology & Prevention
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator
516-465-2683



Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

The Lanier Law Firm, PLLC                                    February 1, 2019
Tower 56
126 East 56th Street
New York, NY 10022
Attention: Rachel Lanier

                                                            RE Prep/Deposition

| | | | INVOICE / STATEMENT | | | |
|---|---|---|---|---|---|---|

| Dates of service: | **Total** | **Paid** | **Due** | **Comment** |
|---|---|---|---|---|
| January 30, 2019 .5 hrs @ $600 /hr | $300.00 | $0.00 | $300.00 | Prep for deposition-REDACTE |
| January 30, 2019 6.5 hrs @ $600 /hr | $3,900.00 | $0.00 | $3,900.00 | Deposition-D |

| | Total Due | $4,200.00 | $0.00 | $4,200.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to the attention of  Department of Occupational Medicine, Epidemiology & Prevention
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084

MAD:NC



Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

March 21, 2019

The Lanier Law Firm, PLLC
6810 FM 1960 West
Houston, Texas 77069
Attention: Roberta Tahenvand

RE Trial testimony
Travel

## INVOICE / STATEMENT

For contractual agreement with Lanier Law Firm and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of service: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| March 18, 2019 10 hrs @ $600 /hr | $6,000.00 | $0.00 | $6,000.00 | Travel and testimony |
| March 20, 2019 10 hrs @ $600 /hr | $6,000.00 | $0.00 | $6,000.00 | Travel and testimony **REDACTED** |

| | Total Due | | |
|---|---|---|---|
| | $12,000.00 | $0.00 | $12,000.00 |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to the attention of  Department of Occupational Medicine, Epidemiology & Prevention
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084

MAD:NC



**Northwell**
Health™

Occupational Medicine, Epidemiology and Prevention

July 26, 2019

The Lanier Law Firm, PLLC
10940 West Sam Houston Pkwy North
Suite 100
Houston, Texas 77064
Attention: Amber Nona

RE: Returned check O-28085

Dear Ms. Nona:

Please find the enclosed check that I am returning to your office in the amount of $5,225.00 made out to
Northwell Health Foundation.

This check was supposed to be for a deposition done by Dr. Jacqueline Moline on June 25, 2018 on the REDACTED
case. An invoice was mailed out on July 18, 2018, and then again on April 24, 2019, as payment had not been
remitted. (I enclosed the original invoice with the check). The check incorrectly is made out to Northwell
Health Foundation, and indicates payment is for a Talc case. The check is supposed to be made out to:

North Shore University Hospital; Prod #2703, 20628400
and send to the attention of Department of Occupational Medicine, Epidemiology &
Prevention
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Please let me know if you have any questions or need further clarification. Thank you for your assistance in
this matter.

Sincerely,

Maria Ambra
Coordinator, OMEP

Enc.

175 Community Drive, 2nd Floor    |    Great Neck, NY 11021    |    Fax (516) 465-2699

Northwell_00000030



Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Levy Konigsberg LLP                                                    May 24, 2019
800 Third Avenue, 11th Floor
New York, NY 10022
Attention: Amanda Kadish, Esq.

                                                                        RE: Deposition

| INVOICE / STATEMENT |
|---|

For contractual agreement with Levy Konigsberg and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Services: | Total | Due | Comment |
|---|---|---|---|
| May 22, 2019 3 hrs @ $600/hr. | $1,800.00 | $1,800.00 | REDACTED case |

| | | | |
|---|---|---|---|
| Total Due | $1,800.00 | | $1,800.00 |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084



**Northwell Health™**

Occupational Medicine, Epidemiology and Prevention

Levy Konigsberg LLP
800 Third Avenue, 11th Floor
New York, NY 10022
Attention: Moshe Maimon, Esq.

July 31, 2019

RE: Trial testimony

**INVOICE / STATEMENT**

For contractual agreement with Levy Konigsberg and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below

| Services: | Total | Due | Comment |
|---|---|---|---|
| July 29, 2019 4.75 hrs @ $600/hr. | $2,850.00 | $2,850.00 | Testimony REDACTED cases |

| | Total Due | $2,850.00 | | $2,850.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital, Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683

Northwell_00000032



**Northwell**
Health℠

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Levy Konigsberg LLP                                                    March 14, 2019
800 Third Avenue, 11th Floor
New York, NY  10022
Attention: Jerry Block, Esq.

                                                    RE: Trial Testimony

| INVOICE / STATEMENT |
|---|

For contractual agreement with Levy Konigsberg and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Services: | Total | Due | Comment |
|---|---|---|---|
| March 4, 2019 7.5 hrs @ $600/hr. | $4,500.00 | $4,500.00 |  trial |
| March 5, 2019 7.5 hrs @ $600/hr. | $4,500.00 | $4,500.00 | |
| March 8, 2019 6 hrs @ $600/hr. | $3,600.00 | $3,600.00 | |
| March 12, 2019 5.5 hrs @ $600/hr. | $3,300.00 | $3,300.00 | |

| Total Due | $15,900.00 | | $15,900.00 |
|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084



Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl.
Great Neck, New York
11021

Levy Konigsberg LLP                                                    April 2, 2019
800 Third Avenue, 11th Floor
New York, NY  10022
Attention: Lauren DiStefano

RE: Deposition

### INVOICE / STATEMENT

For contractual agreement with Levy Konigsberg and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Services: | Total | Due | Comment |
|---|---|---|---|
| March 26, 2019 3.5 hrs @ $600/hr. | $2,100.00 | $2,100.00 | REDACTED case |

| | | | |
|---|---|---|---|
| Total Due | $2,100.00 | | $2,100.00 |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084



## Northwell Health℠

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl.
Great Neck, New York
11021

Levy Konigsberg LLP                                                        May 7, 2019
800 Third Avenue, 11th Floor
New York, NY 10022
Attention: Donald Blydenburgh, Esq.

                                                          RE: Deposition

| INVOICE / STATEMENT |
|---|

For contractual agreement with Levy Konigsberg and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Services: | Total | Due | Comment |
|---|---|---|---|
| May 3, 2019 3 hrs @ $600/hr. | $1,800.00 | $1,800.00 |  case |

| | Total Due | $1,800.00 | | $1,800.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084



**Northwell Health℠**

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

November 26, 2019

Levy Konigsberg LLP
800 Third Avenue, 11th Floor
New York, NY 10022
Attention: Amber Long, Esq.

RE: Prep/dep

**INVOICE / STATEMENT**

For contractual agreement with Levy Konigsberg and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Services: | Total | Due | Comment |
|---|---|---|---|
| November 22, 2019 2 hrs @ $600/hr. | $1,200.00 | $1,200.00 | Prep for ~~REDACTED~~ |
| November 25, 2019 6 hrs @ $600/hr. | $3,600.00 | $3,600.00 | Deposition ~~REDACTED~~ case |

| Total Due | $4,800.00 | | $4,800.00 |
|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683

Northwell_00000036

**Northwell Health™**

Occupational Medicine, Epidemiology and Prevention

Simon, Greenstone, Panatier                         July 3, 2019
1201 Elm Street
Suite 3400
Dallas, TX 75270
Attention: Leah Kagan                               RE: Prep/Dep

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Panatier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| July 3, 2019 2 hours @ $600/hr | $1,200.00 | $1,200.00 | REDACTED cases |

| | Total Due | $1,200.00 | | $1,200.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital: Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683

Northwell_00000037



Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl.
Great Neck, New York
11021

Simon, Greenstone, Panatier                                  July 2, 2019
1201 Elm Street
Suite 3400
Dallas, TX 75270
Attention: Leah Kagan                                  RE: Deposition

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| July 1, 2019 4.5 hours @ $600/hr | $2,700.00 | $2,700.00 | REDACTED case |

| | | | |
|---|---|---|---|
| Total Due | $2,700.00 | | $2,700.00 |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



**Northwell Health**

Occupational Medicine, Epidemiology and Prevention

Simon, Greenstone, Panatier
1201 Elm Street
Suite 3400
Dallas, TX 75270
Attention: Leah Kagan

March 19, 2019

RE: Depositions

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Panatier & Bartlett and Jacqueline Moline, MD at Northwell Health, please remit payment for services as noted below

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| March 27, 2019 6 hours @ $600/hr | $3,600.00 | $0.00 | $3,600.00 | Depositions REDACTED cases |

| | Total Due | $3,600.00 | $0.00 | $3,600.00 |

Please make check payable to North Shore University Hospital, Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084



Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simon, Greenstone, Panatier                                        July 23, 2019
5 Penn Plaza
Suite 2308
New York, NY 10001
Attention: Joseph Mandia                                        RE: Prep/Dep

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| July 17, 2019 8.5 hours @ $600/hr | $5,100.00 | $5,100.00 | REDACTED case |

| | Total Due | $5,100.00 | | $5,100.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683


**Northwell Health** ℠

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simon, Greenstone, Panatier                                    June 12, 2019
1201 Elm Street
Suite 3400
Dallas, TX 75270
Attention: Jay Stuemke                                    RE: Deposition

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| May 29, 2019 8 hours @ $600/hr | $4,800.00 | $4,800.00 | REDACTED case |
| June 12, 2019 8.5 hours @ $600/hr | $5,100.00 | $5,100.00 | |

| | | | |
|---|---|---|---|
| **Total Due** | $9,900.00 | | $9,900.00 |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683

Northwell_00000041



**Occupational Medicine, Epidemiology and Prevention**

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simon, Greenstone, Panatier                                                    September 27, 2019
1201 Elm Street
Suite 3400
Dallas, TX 75270
Attention: Leah Kagan                                                    RE: Trial testimony

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| September 26, 2019, 2 hours @ $600/hr | $1,200.00 | $1,200.00 | REDACTED case |
| September 27, 2019 8 hours @ $600/hr | $4,800.00 | $4,800.00 | |

| Total Due | $6,000.00 | | $6,000.00 |
|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683

Northwell_00000042



Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simon, Greenstone, Pantier                                    March 19, 2019
1201 Elm Street
Suite 3400
Dallas, TX 75270
Attention: Chris Panatier                        RE: Trial Testimony
                                                      Travel

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| March 15, 2019 12 hours @ $600/hr | $7,200.00 | $0.00 | $7,200.00 | Travel and trial testimony **REDACTED** case |

| | Total Due | $7,200.00 | $0.00 | $7,200.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital, Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084



**Occupational Medicine, Epidemiology and Prevention**

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simon, Greenstone, Panatier                          September 20, 2019
5 Penn Plaza
Suite 2308
New York, NY 10001
Attention: Joseph Mandia                             RE: deposition

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| August 28, 2019, 6 hours @ $600/hr | $3,600.00 | $3,600.00 | deposition-REDAC ase |

| | | | |
|---|---|---|---|
| Total Due | $3,600.00 | | $3,600.00 |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl.
Great Neck, New York
11021

Simon, Greenstone, Panatier                                          May 24, 2019
1201 Elm Street
Suite 3400
Dallas, TX 75270
Attention: Leah Kagan                                          RE: Deposition

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| May 9, 2019 3 hours @ $600/hr | $1,800.00 | $0.00 | $1,800.00 | REDACTED case |

|  | Total Due | $1,800.00 | $0.00 | $1,800.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084



**Northwell Health**℠

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simon, Greenstone, Panatier                                    July 2, 2019
1201 Elm Street
Suite 3400
Dallas, TX 75270
Attention: Leah Kagan                                    RE: Deposition

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| July 1, 2019 1.5 hours @ $600/hr | $900.00 | $900.00 | REDACTED case |

| | | | |
|---|---|---|---|
| Total Due | $900.00 | | $900.00 |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



## Northwell Health℠

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simon, Greenstone, Panatier                                        September 27, 2019
1201 Elm Street
Suite 3400
Dallas, TX 75270
Attention: Leah Kagan

RE: Trial testimony

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| September 22, 2019, 8 hours @ $600/hr | $4,800.00 | $4,800.00 | REDACTED case |
| September 23, 2019, 8 hours @ $600/hr | $4,800.00 | $4,800.00 | |

| Total Due | $9,600.00 | | $9,600.00 |
|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683


**Northwell Health** ℠

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simon, Greenstone, Pantier                                   January 9, 2019
3780 Kilroy Airport Way
Suite 540
Long Beach, CA 90806
Attention: Jordan Blumenfeld-James                          RE: Deposition

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | **Total** | **Paid** | **Due** | **Comment** |
|---|---|---|---|---|
| January 7, 2019 1.45 hours @ $600/hr | $1,050.00 | $0.00 | $1,050.00 | deposition-███████case |

|  | **Total Due** | $1,050.00 | $0.00 | $1,050.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084



**Northwell Health™**

Occupational Medicine, Epidemiology and Prevention

Simon, Greenstone, Panatier
1201 Elm Street
Suite 3400
Dallas, TX 75270
Attention: Leah Kagan

July 30, 2019

RE: Trial testimony

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Panatier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| July 29, 2019 4.75 hours @ $600/hr | $2,850.00 | $2,850.00 | REDACTE case |

| | Total Due | $2,850.00 | | $2,850.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683

 **Northwell**
Health℠

**Occupational Medicine, Epidemiology and Prevention**

175 Community Drive, 2nd Fl.
Great Neck, New York
11021

Simon, Greenstone, Panatier                                    October 16, 2020
1201 Elm Street
Suite 3400
Dallas, TX 75270
Attention: Frank Wathen, Esq.                    RE: Prep/Deposition

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| October 15, 2020 .75 hours @ $600/hr | $450.00 | $450.00 | Preparation ~~REDACTED~~ case |
| October 16, 2020 3 hours @ $600/hr | $1,800.00 | $1,800.00 | Depostion ~~REDACTED~~ case |

| | | | | |
|---|---|---|---|---|
| **Total Due** | _____ | _____ | $2,250.00 | |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683

Northwell_00000050



**Northwell Health**℠

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simon, Greenstone, Panatier                                      March 3, 2020
1201 Elm Street
Suite 3400
Dallas, TX 75270
Attention: Leah Kagan                                           RE: Deposition

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| February 27, 2020 1 hour @ $600/hr | $600.00 | $600.00 | REDACTED case |

| | | | |
|---|---|---|---|
| Total Due | $600.00 | | $600.00 |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simon, Greenstone, Panatier                                    April 6, 2020
1201 Elm Street
Suite 3400
Dallas, TX 75220
Attention: Leah Kagan                                         RE  Trial testimony

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Panatier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| March 9, 2020 8 hours @ $600/hr | $600 00 | $4,800 00 | Trial testimony-REDACTE case |
| March 12, 2020 8 hours @ $600/hr | $600 00 | $4,800 00 | |

|  |  |  |
|---|---|---|
| **Total Due** | | **$9,600.00** |

Please make check payable to North Shore University Hospital, Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021  Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simon, Greenstone, Panatier                                      June 12, 2020
1201 Elm Street
Suite 3400
Dallas, TX 75270
Attention: Leah Kagan                                            RE: Deposition

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | **Total** | **Due** | **Comment** |
|---|---|---|---|
| June 11, 2020 3 hours @ $600/hr | $1,800.00 | $1,800.00 | Deposition-C. ██RED██ case |

| | | | |
|---|---|---|---|
| **Total Due** | | | $1,800.00 |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fr
Great Neck, New York
11021

Simon, Greenstone, Panatier                                    July 6, 2020
3780 Kilroy Airport Way
Suite 540
Long Beach, CA 90806
Attention: Stuart Purdy, Esq.                                  RE: Deposition

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Panatier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| June 29, 2020 5 hours @ $600/hr | $3,000.00 | $3,000.00 | Deposition REDA case |

|  |  |  |  |
|---|---|---|---|
| **Total Due** | | | $3,000.00 |

Please make check payable to North Shore University Hospital, Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021  Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683

Northwell_00000054



**Northwell Health** ℠

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simon, Greenstone, Panatier                                    March 3, 2020
1201 Elm Street
Suite 3400
Dallas, TX 75270
Attention: Leah Kagan                                    RE: deposition

### INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | **Total** | **Due** | **Comment** |
|---|---|---|---|
| February 20, 2020 8 hours @ $600/hr | $4,800.00 | $4,800.00 | REDACTED case |

| **Total Due** | $4,800.00 | | $4,800.00 |
|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



**Northwell Health℠**

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simon, Greenstone, Panatier                                         March 3, 2020
1201 Elm Street
Suite 3400
Dallas, TX 75270
Attention: Leah Kagan                              RE: Deposition

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| February 26, 2020 5 hours @ $600/hr | $3,000.00 | $3,000.00 | REDACTED case |

| | Total Due | | |
|---|---|---|---|
| **Total Due** | **$3,000.00** | | **$3,000.00** |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021; Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



**Occupational Medicine, Epidemiology and Prevention**

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simon, Greenstone, Panatier                         February 10, 2020
1201 Elm Street
Suite 3400
Dallas, TX 75270
Attention: Leah Kagan                               RE: depositions

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Panatier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below.

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| January 15, 2020 8 hours @ $600/hr | $4,800.00 | $4,800.00 | REDACTE cases |

|  | Total Due | $4,800.00 |  | $4,800.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683

Northwell_00000057



**Occupational Medicine, Epidemiology and Prevention**

175 Community Drive, 2nd Fl
Great Neck, New York
11021

March 9, 2021

The Lanier Law Firm, PLLC
126 East 56th Street
Tower 56
New York, NY 10022
Attention: Darron Berquist, Esq.

RE Whelan case

## INVOICE / STATEMENT

For contractual agreement with Lanier Law Firm and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of service: | Due | Comment |
|---|---|---|
| March 3, 2021 1 hr @ $600 /hr | $600.00 | Prep- REDACTED |
| March 5, 2021 2.5 hrs @ $600 /hr | $1,500.00 | Depo- |

| | Total Due | | $2,100.00 |
|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to the attention of  Department of Occupational Medicine, Epidemiology & Prevention
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator
516-465-2683



**Northwell**
Health™

Occupational Medicine, Epidemiology and Prevention
175 Community Drive-2ⁿᵈ Floor, Great Neck, NY 11021

Simon, Greenstone, Panatier                                         April 5, 2021
3780 Kilroy Airport Way
Suite 540
Los Angeles, CA 90806
Attention: Stuart Purdy, Esq.                                       RE: Trial testimony
                                                                   REDA case

### INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Panier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| March 31/April 1, 2021 8 hours @ $600/hr | $4,800.00 | $4,800.00 | travel to/from REDA for testimony |
| April 1, 2021, 8 hours @ $600/hr | $4,800.00 | $4,800.00 | trial testimony-RED Case |

| | Total Due | | | $9,600.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital, Prod #2703, 2061840.
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

*[signature]*

Maria Ambra
Coordinator, OMEP
516-465-2683

Northwell_00000059

**Ambra, Maria**

| | |
|---|---|
| **From:** | Moline, Jacqueline |
| **Sent:** | Monday, April 5, 2021 10:07 AM |
| **To:** | Ambra, Maria |
| **Subject:** | RE: invoice |

Two full days – Wednesday and thursday           $3/31$ , $4/1$           4800 per day

**From:** Ambra, Maria
**Sent:** Monday, April 5, 2021 10:01 AM
**To:** Moline, Jacqueline <JMoline@northwell.edu>
**Subject:** invoice

What am I billing for McNeal trial?           $16$ hrs. $\times 600 =$

                                                                9600

Maria Ambra
Coordinator
Occupational Medicine, Epidemiology & Prevention
175 Community Drive
2nd Floor
Great Neck, NY 11021
Tel: 516-465-2683
Email: mambra@northwell.edu

Northwell Health
Visit us at Northwell.edu

1

Northwell_00000060



**Northwell Health™**

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2nd Floor, Great Neck, NY 11021**

Simon, Greenstone, Panatier                                        December 23, 2021
1201 Elm Street
Suite 3400
Dallas, TX 75270
Attention: Leah Kagan, Esq.                                        RE: Deposition

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| December 20, 2021 2 hours @ $750/hr | $1,500.00 | $1,500.00 | prep/dep ☐ ☐ case |
| December 17, 2021 .5 hours @ $750/hr | $375.00 | $375.00 | |

| Total Due | | $1,875.00 |
|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2nd Floor, Great Neck, NY 11021**

Simon, Greenstone, Panatier                                                    April 13, 2021
3780 Kilroy Airport Way
Suite 540
Long Beach, CA 90806
Attention: Albert Oganesyan, Esq.                              RE: Prep/Deposition

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| April 9, 2021 1 hour @ $600/hr | $600.00 | $600.00 | Preparation ▮▮▮▮ case |
| April 12, 2021 4.5 hours @ $600/hr | $2,700.00 | $2,700.00 | Depostion ▮▮▮▮ case |

| | | | |
|---|---|---|---|
| **Total Due** | | | $3,300.00 |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683

Northwell_00000062



**Northwell**
Health™

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2ⁿᵈ Floor, Great Neck, NY 11021**

Simon, Greenstone, Panatier                                    December 8, 2021
3760 Kilroy Airport Way
Suite 680
Long Beach, CA 90806
Attention: Stuart Purdy, Esq.                                   RE: Trial Testimony

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| December 6, 2021 5.5 hours @ $750/hr | $4,500.00 | $4,500.00 | Testimony RED case |

| Total Due | | | $4,500.00 |
|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2nd Floor, Great Neck, NY 11021**

Simon, Greenstone, Panatier                                   September 13, 2021
1201 Elm Street
Suite 3400
Dallas, TX 75270
Attention: Michael Reid, Esq.                                 RE: Deposition

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| September 13, 2021 1 hour 40 min @ $600/hr | $1,000.00 | $1,000.00 | Deposition RED case |

| | | | | |
|---|---|---|---|---|
| **Total Due** | | | | $1,000.00 |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



**Northwell**
Health™

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2nd Floor, Great Neck, NY 11021**

Simon, Greenstone, Panatier
3780 Kilroy Airport Way
Suite 540
Long Beach, CA 90806
Attention: Albert Oganesyan, Esq.

August 9, 2021

RE: Prep/Deposition

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| August 3, 2021 .5 hour @ $600/hr | $300.00 | $300.00 | Preparation-RE case |
| August 4, 2021 1 hour @ $600/hr | $600.00 | $600.00 | Depostion-DA case |

| | | **Total Due** | $900.00 |
|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021 Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683

Northwell_00000065



**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2nd Floor, Great Neck, NY 11021**

Simon, Greenstone, Panatier                                            October 11, 2021
1201 Elm Street
Suite 3400
Dallas, TX 75270
Attention: Leah Kagan, Esq.                                    RE: Deposition

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| October 8, 2021 1 hour @ $750/hr | $750.00 | $750.00 | Deposition RED case |

|  |  |  |  |
|---|---|---|---|
| Total Due | | | $750.00 |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683

Northwell_00000066



**Northwell Health™**

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2ⁿᵈ Floor, Great Neck, NY 11021**

June 14, 2021

The Lanier Law Firm, PLLC
126 East 56th Street
Tower 56
New York, NY 10022
Attention: Darron Berquist, Esq.

RE: RED



**INVOICE / STATEMENT**

For contractual agreement with Lanier Law Firm and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of service: | Due | Comment |
|---|---|---|
| REDAC Dr. J. Moline May 24, 2022 | $750.00 | RED REDACTE ACT |

| | | | Total Due | | | $750.00 |
|---|---|---|---|---|---|---|

Please make check payable to North Shore University Hospital, Prod #2703, 20628400
and send to the attention of  Department of Occupational Medicine, Epidemiology & Prevention
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

M. Ambra

Maria Ambra
Coordinator
516-465-2683



**Northwell Health℠**

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2nd Floor, Great Neck, NY 11021**

June 14, 2021

The Lanier Law Firm, PLLC
126 East 56th Street
Tower 56
New York, NY 10022
Attention: Darron Berquist, Esq.

RE REDA

## INVOICE / STATEMENT

For contractual agreement with Lanier Law Firm and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of service: | | Due | Comment |
|---|---|---|---|
| REDACTED -Dr. J. Moline May 31, 2022 | | $750.00 | RED REDACT |

| | Total Due | | | $750.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to the attention of Department of Occupational Medicine, Epidemiology & Prevention
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

M. Ambra

Maria Ambra
Coordinator
516-465-2683



**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2ⁿᵈ Floor, Great Neck, NY 11021**

Miller Martin Law Firm                                      August 16, 2022
Volunteer Building, Suite 1200
832 Georgia Avenue
Chattanooga, TN 37402
Attention: Leah Gerbitz, Esq.                              RE: Deposition
Email: leah.gerbitz@millermartin.com

| INVOICE / STATEMENT |
|---|

On behalf of agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| July 22, 2022 7 hours @ $750/hr | $5,250.00 | $5,250.00 | Deposition on REDACTED cases |

| | | | Total Due | | | $5,250.00 |
|---|---|---|---|---|---|---|

Please make check payable to North Shore University Hospital, Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021, Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



**Occupational Medicine, Epidemiology and Prevention**
175 Community Drive-2nd Floor, Great Neck, NY 11021

Simon, Greenstone, Panatier                                     August 16, 2022
3780 Kilroy Airport Way
Suite 540
Long Beach, CA 90806
Attention: Rob Green, Esq.                                      RE: Prep/dep

### INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Panatier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| July 27, 2022 .5 hour @ $750/hr | $375.00 | $375.00 | telephone prep-RED case |
| July 29, 2022 3 hours @ $750/hr | $2,250.00 | $2,250.00 | deposition-RED case |

**Total Due** _____ _____ **$2,625.00**

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683

Northwell_00000070


**Northwell**
Health·

Occupational Medicine, Epidemiology and Prevention
175 Community Drive, 2ⁿᵈ Floor, Great Neck, NY 11021

Simon, Greenstone, Panatier                                      August 16, 2022
1201 Elm Street
Suite 3400
Dallas, TX 75270
Attention: Leah Kagen, Esq.                                      RE: Deposition(s)

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Panatier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| July 8, 2022 2 hours @ $750/hr | $1,500.00 | $1,500.00 | deposition part RED case |
| July 19, 2022 2.5 hours @ $750/hr | $1,875.00 | $1,875.00 | deposition part ACT case ED |

Total Due                                          $3,375.00

Please make check payable to North Shore University Hospital, Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683

Northwell_00000071



**Northwell Health™**

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2ⁿᵈ Floor, Great Neck, NY 11021**

Simon, Greenstone, Panatier
3780 Kilroy Airport Way
Suite 540
Long Beach, CA 90806
Attention: Michael Reid, Esq.

March 9, 2022

RE: Prep/dep

## INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| March 9, 2022 2 hours @ $750/hr | $1,500.00 | $1,500.00 | prep/dep case |

| | Total Due | $1,500.00 |
|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



**Northwell Health™**

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2ⁿᵈ Floor, Great Neck, NY 11021**

Simon, Greenstone, Panatier                                    April 25, 2022
3780 Kilroy Airport Way
Suite 540
Long Beach, CA 90806
Attention: Albert Oganesyan, Esq.                             RE: Prep/dep

**INVOICE / STATEMENT**

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| April 20, 2022 1 hour @ $750/hr | $750.00 | $750.00 | telephone prep [REDACTED] case |
| April 22, 2022 2 hours @ $750/hr | $1,500.00 | $1,500.00 | deposition-[REDACTED] case |

| | | |
|---|---|---|
| **Total Due** | | $2,250.00 |

Please make check payable to North Shore University Hospital, Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

*[signature]*

Maria Ambra
Coordinator, OMEP
516-465-2683



**Northwell Health**℠

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2ⁿᵈ Floor, Great Neck, NY 11021**

Simon, Greenstone, Panatier                                    April 19, 2022
3780 Kilroy Airport Way
Suite 540
Long Beach, CA 90806
Attention: Albert Oganesyan, Esq.                    RE: Prep/dep

| INVOICE / STATEMENT |
|---|

For contractual agreement with Simon, Greenstone, Pantier & Bartlett and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| April 15, 2022 1 hour @ $750/hr | $750.00 | $750.00 | telephone pre~~RED~~ case |
| April 18, 2022 3 hours @ $750/hr | $2,250.00 | $2,250.00 | deposition-~~ACT~~ase |

| Total Due | | | $3,000.00 |
|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



**Northwell Health℠**

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2ⁿᵈ Floor, Great Neck, NY 11021**

Simon, Greenstone, Panatier
1201 Elm Street
Suite 3400
Dallas, TX 75270
Attention: Leah Kagan, Esq.

September 14, 2022

RE: deposition

### INVOICE / STATEMENT

For contractual agreement with Simon, Greenstone, Pantier and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| August 2, 2022 4 hours @ $750/hr | $3,000.00 | $3,000.00 | deposition REDA case |

| | | | |
|---|---|---|---|
| Total Due | | | $3,000.00 |

Please make check payable to North Shore University Hospital: Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



**Northwell Health℠**

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Belluck and Fox
546 Fifth Avenue
New York, NY 10036
Attention: Jordan Fox

April 19, 2018

RE: Jacqueline Moline, MD trial testimony

### INVOICE / STATEMENT

In accordance with  testimony offered for Belluck and Fox by Jacqueline Moline, MD during the
Snowdale case, please remit payment for services as noted below:

| Date of service: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| March 29, 2018 8 hrs @ $550 per hour | $4,400.00 | $0.00 | $4,400.00 | REDACTED Trial |
| April 9, 2018 3 hrs @ $550 per hour | $1,650.00 | $0.00 | $1,650.00 | Trial |
| April 10, 2018 3.5 hrs @ $550 per hour | $1,925.00 | | $1,925.00 | Trial |

| Total Due | $7,975.00 | $0.00 | $7,975.00 |
|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to the attention of  Department of Occupational Medicine, Epidemiology & Prevention
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084

MAD:NC



**Occupational Medicine, Epidemiology and Prevention**

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Belluck and Fox                                                August 31, 2018
546 Fifth Avenue
New York, NY 10036
Attention: James Long

RE: Jacqueline Moline, MD trial testimony

| INVOICE / STATEMENT | | | | |
|---|---|---|---|---|

In accordance with testimony offered for Belluck and Fox by Jacqueline Moline, MD during the Snowdale case, please remit payment for services as noted below:

| Date of service: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| August 29, 2018 3 hrs @ $550 per hour | $1,650.00 | $0.00 | $1,650.00 | **RED** Trial |
| August 30, 2018 9 hrs @ $550 per hour | $4,950.00 | $0.00 | $4,950.00 | **ACT** Trial |

| | Total Due | $6,600.00 | $0.00 | $6,600.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to the attention of Department of Occupational Medicine, Epidemiology & Prevention
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084

MAD:NC



**Occupational Medicine, Epidemiology and Prevention**

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Dean Omar Branham
302 North Market Street
Suite 300
Dallas, TX 75202
Attention: Jessica Dean

July 17, 2018

RE: Deposition

## INVOICE / STATEMENT

For contractual agreement with Dean Omar Branham and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| June 26, 2018 – 8 hours @ $550/hr | $4,400.00 | $0.00 | $4,400.00 | Deposition REDACTED case |

| | Total Due | | |
|---|---|---|---|
| | $4,400.00 | $0.00 | $4,400.00 |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084



**Occupational Medicine, Epidemiology and Prevention**

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Law Offices Of Peter Angelos
100 North Charles Street
Baltimore, MD 21201
Attention: William Minkin, Esq.

June 26, 2018

RE: Prep/dep ████

## INVOICE / STATEMENT

For contractual agreement with Law Offices of Peter Angelos and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| June 22, 2018 - 2 hours @ $550/hr | $1,100.00 | $0.00 | $1,100.00 | Preparation/Deposition- ████ Case |

| | Total | Paid | Due |
|---|---|---|---|
| **Total Due** | **$1,100.00** | **$0.00** | **$1,100.00** |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084



**Occupational Medicine, Epidemiology and Prevention**

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Friedman Rubin                                                            November 25, 2019
1126 Highland Avenue
Bremerton, WA 98337
Attention: Dana Watkins

RE: Stumbo/Hall invoice

**INVOICE / STATEMENT**

For contractual agreement with Freidman Rubin and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Type of services: | **Due** | **Comment** |
|---|---|---|
| Review of case materials/conference call- 11 hrs @ $600 /hr | $6,600.00 | Preparation and Deposition on |
| Deposition on November 18, 2019 7 hrs@ $600/hr | $4,200.00 | REDA case |

| **Total Due** | **$10,800.00** |
|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



**Occupational Medicine, Epidemiology and Prevention**

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Kazan, McClain, Satterley & Greenwood                     November 18, 2019
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Attention: Jacqueline Douglas                     RE: Trial Testimony-REDAC

### INVOICE / STATEMENT

For contractual agreement with Kazan, McClain, Satterley & Greenwood and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due |
|---|---|---|
| October 28, 2019 8 hours @ $600/hr | $4,800.00 | $4,800.00 |
| October 29, 2019 8 hours @ $600/hr | $4,800.00 | $4,800.00 |
| November 14, 2019 8 hours @600/hr | $4,800.00 | $4,800.00 |
| November 15, 2019 8 hours @600/hr | $4,800.00 | $4,800.00 |

| Total Due | $19,200.00 | | $19,200.00 |
|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



**Northwell**
Health℠

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

The Klamann Law Firm                                     September 27, 2019
4435 Main Street
Suite 150
Kansas City, MO 64111
Attention: John Klamann, Esq.                            RE deposition

**INVOICE / STATEMENT**

For contractual agreement with The Klamann Law Firm and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | **Total** | **Due** | **Comment** |
|---|---|---|---|
| September 26, 2019 3 hours @ $600/hr | $1,800.00 | $1,800.00 | REDACTED case |

|  | **Total Due** | $1,800.00 |
|---|---|---|

Please make check payable to North Shore University Hospital; Dept # 2703
and send to the attention of Department of Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683

Northwell_00000082



Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Law Offices Of Peter Angelos
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201
Attention: Ronald Richardson, Esq.

July 25, 2019

RE: Deposition

| INVOICE / STATEMENT |
|---|

For contractual agreement with Law Offices of Peter Angelos and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| July 25, 2019 - 2.5 hours @ $600/hr | $1,500.00 | $0.00 | $1,500.00 | Deposition REDACT Case |

| | Total Due | | |
|---|---|---|---|
| | $1,500.00 | $0.00 | $1,500.00 |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683


**Northwell Health℠**

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Law Offices Of Michael P. Joyce
50 Congress Street, Suite 840
Boston, MA 02109
Attetnion: Michael P. Joyce, Esq.

August 28, 2019

RE: Telephone prep/deposition

## INVOICE / STATEMENT

For contractual agreement with The Law Office Of Michael Joyce and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | **Total** | **Due** | **Comment** |
|---|---|---|---|
| August 26, 2019  .5 hours @ $600/hr | $300.00 | $300.00 | telephone prep on ~~REDACTED~~ se |
| August 27, 2019 3 hours @ $600/hr | $1,800.00 | $1,800.00 | telephone deposition ~~REDACTED~~ case |

| | **Total Due** | | $2,100.00 |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

MG+M Law Firm                                              February 28, 2018
One Canal Place
365 Canal Street, Suite 3000
New Orleans, LA 70130
Attention: Chris O. Massenburg                    RE: Deposition REDACTED

**INVOICE / STATEMENT**

For contractual agreement with MG+M Law Firm and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| February 27, 2018 - 5.5 hours @ $600/hr | $3,300.00 | $0.00 | $3,300.00 | Deposition on REDA case |

| | Total Due | $3,300.00 | $0.00 | $3,300.00 |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084

MAD:NC



**Northwell Health**℠

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
2 nd Neck Neck New York
Phillips & Paolicella                                          January 17, 2019
747 Third Avenue, 6ᵗʰ Floor
New York, NY 10017
Attention: Brendan Tully
                                                              RE: Deposition

| **INVOICE / STATEMENT** |
|---|

For contractual agreement with Phillips & Paolicella and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | **Total** | **Paid** | **Due** | **Comment** |
|---|---|---|---|---|
| January 18, 2019 - 3 hours @ $550/hr | $1,650.00 | $0.00 | $1,650.00 | Deposition REDACTED case |

| | **Total Due** | $1,650.00 | $0.00 | $1,650.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021: Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084

**Ambra, Maria**

| | |
|---|---|
| **From:** | Moline, Jacqueline |
| **Sent:** | Thursday, January 17, 2019 10:29 AM |
| **To:** | Ambra, Maria |
| **Subject:** | Donovan depo |

1650

Please bill Brendan Tully  at Phillips and Paolicella
Michael Donovan deposition
3 hours
1/18/19

**Jacqueline M. Moline, MD, MSc**
**Professor and Chair**
Occupational Medicine, Epidemiology and Prevention
Zucker School of Medicine at Hofstra/Northwell
Occupational and Environmental Medicine of Long Island
Northwell WTC Clinical Center
175 Community Drive, Suite 206
Great Neck, NY 11021
Tel: (516 465-2639
Fax: (516) 465-2699
Email: jmoline@northwell.edu

**Northwell Health**
Visit us at Northwell.edu

1

Northwell_00000087



**Occupational Medicine, Epidemiology and Prevention**

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simmons, Hanly & Conroy
One Court Street
Alton, IL 62002
Attention: Melissa Schopfer, Esq

October 9, 2019

RE: Prep/Dep

| INVOICE / STATEMENT |
|---|

For contractual agreement with Jacqueline Moline, MD
Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| October 7, 2019 1 hour @ $600/hr | $600.00 | $600.00 | Preparation and telephone deposition on |
| October 8, 2019 2 hours @ $600/hr | $1,200.00 | $1,200.00 | ▉REDACT▉ case |

| | Total Due | $1,800.00 | | $1,800.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #02703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021, Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator
516-465-2683



**Northwell Health**℠

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Weitz & Luxenberg                                    March 19, 2019
1880 Century Park East
Suite 700
Los Angeles, CA 90067
Attention: Alexa K. Winter                           RE Trial Testimony
                                                     Travel

## INVOICE / STATEMENT

For contractual agreement with Weitz & Luxenberg and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Date of service: | **Total** | **Paid** | **Due** | **Comment** |
|---|---|---|---|---|
| March 13, 2019 12 hours @ $600/hr | $7,200.00 | $0.00 | $7,200.00 | Travel and Trial testimony- REDACTED case |

| | | | |
|---|---|---|---|
| **Total Due** | $7,200.00 | $0.00 | $7,200.00 |

Please make check payable to North Shore University Hospital; Dept # 2703
and send to the attention of  Department of Occupational Medicine, Epidemiology & Prevention
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director, OMEP
516-465-3084



Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Weitz & Luxenberg                                          March 8, 2019
700 Broadway
New York, NY 10003
Attention: Brittany Russell, Esq.

                                                          RE Trial Testimony

## INVOICE / STATEMENT

For contractual agreement with Weitz & Luxenberg and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Date of service: | **Total** | **Paid** | **Due** | **Comment** |
|---|---|---|---|---|
| March 7, 2019 5 hours @ $600/hr | $3,000.00 | $0.00 | $3,000.00 | Trial testimony- RED case |

| | Total | Paid | Due |
|---|---|---|---|
| **Total Due** | $3,000.00 | $0.00 | $3,000.00 |

Please make check payable to North Shore University Hospital; Dept # 2703
and send to the attention of  Department of Occupational Medicine, Epidemiology & Prevention
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attn: Bruce Noel

Very truly yours,

Bruce Noel
Senior Administrative Director. OMEP
516-465-3084



**Northwell Health**℠

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

The Cheek Law Firm                                        February 20, 2020
650 Poydras Street
Suite 2310
New Orleans, LA 70130
Attention: Lindsey Cheek, Esq.                            RE: RED case

**INVOICE / STATEMENT**

For contractual agreement with The Cheek Law Firm and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | **Total** | **Due** | **Comment** |
|---|---|---|---|
| February 18, 2020-4 hrs @ $600 /hr | $2,400.00 | $2,400.00 | Deposition REDA case |

| | | | |
|---|---|---|---|
| **Total Due** | $2,400.00 | $2,400.00 | |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



**Occupational Medicine, Epidemiology and Prevention**

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Cheeley Law Group, LLC                                    February 10, 2020
2500 Old Milton Parkway
Suite 200
Alpharetta, GA 30009
Attention: Jennifer Secrist

                                                          RE: REDAC Case

| INVOICE / STATEMENT |
|:---:|

For contractual agreement with Cheeley Law Group, LLC and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| January 10, 2020 5 hours @ $600/hr | $3,000.00 | $3,000.00 | Part 1 of REDAC deposition |
| January 28, 2020, 3 hours @ $600/hr | $1,800.00 | $1,800.00 | Part 2 of REDAC deposition |

| Total Due | $4,800.00 | $0.00 | $4,800.00 |
|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021  Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683

Northwell_00000092



Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Friedman Rubin
1126 Highland Avenue
Bremerton, WA 98337
Attention: Dana Watkins

February 20, 2020

RE: RE invoice
DA

**INVOICE / STATEMENT**

For contractual agreement with Freidman Rubin and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Type of services: | Due | Comment |
|---|---|---|
| Review of case materials-5 hrs @ $600 /hr | $3,000.00 | Preparation and Deposition on |
| Deposition on February 18, 2019 5 hrs@ $600/hr | $3,000.00 | RED case |

| | | | |
|---|---|---|---|
| **Total Due** | | | **$6,000.00** |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



## Northwell Health℠

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Karst & von Oiste Law Firm
9766 Wilshire Boulevard, Suite 200
Suite 200
Beverly Hills, California 90212-1820
Attention: George Kim, Esq.

August 7, 2020

RE: Preparation and Trial Testimony by Dr. Jacqueline Moline

### INVOICE / STATEMENT

For contractual agreement with Karst & von Oiste and Jacqueline Moline, MD
please remit payment for services as noted below:

| Dates of service: | Total | Due | Comment |
|---|---|---|---|
| July 30, 2020- 1 hour @ $600/hr | $600.00 | $600.00 | prep- REDACTED sc |
| July 31, 2020 - 5 hours @ $600/hr | $3,000.00 | $3,000.00 | deposit REDACTED case |

| | Total Due | $3,600.00 | | $3,600.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Keating Muething & Klekamp PLL
One East 4th Street
Suite 1400
Cincinnati, OH 45202
Attention: Benjamin Stewart, Esq.

April 29, 2020

RE: AWI report

## INVOICE / STATEMENT

For contractual agreement with Keating, Muething & Klekamp,PLL and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Services | Total | Paid | Due |
|---|---|---|---|
| 25 hours in preparation of the AWI Asbestos Trust report @ $600/hr | $15,000.00 | $0.00 | $15,000.00 |
| **Total Due** | **$15,000.00** | **$0.00** | **$15,000.00** |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683

Northwell_00000095



**Northwell**
Health℠

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Maune, Raichle, Hartley, French & Mudd                                    November 23, 2020
2 Club Centre Court
Suite 4
Edwardsville, IL 62025
Attention: Dawn Autry, Office Manager                                     RE: Prep/dep

**INVOICE / STATEMENT**

For contractual agreement with Jacqueline Moline, MD and
Maune, Raichle, Hartley, French & Mudd, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| November 18, 2020  1 hour @ $600/hr | $600.00 | $600.00 | Preparation & Deposition on RED case |
| November 19, 2020  1.25 hours @ $600/hr | $750.00 | $750.00 | |

| | **Total Due** | **$1,350.00** | | **$1,350.00** | |
|---|---|---|---|---|---|

Please make check payable to North Shore University Hospital, Prod #02703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021, Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator
516-465-2683

# Northwell
## Health ℠

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Law Offices Of Michael P. Joyce                          May 15, 2020
50 Congress Street, Suite 840
Boston, MA 02109
Attention: Michael P. Joyce, Esq.

                                         RE: prep/deposition

## INVOICE / STATEMENT

For contractual agreement with The Law Office Of Michael P. Joyce and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| May 13, 2020 1 hour @ $600/hr | $600.00 | $600.00 | telephone prep on REDA. case |
| May 14, 2020 4.25 hours @ $600/hr | $2,550.00 | $2,550.00 | deposition on REDA. case |

| | | |
|---|---|---|
| **Total Due** | $3,150.00 | |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021, Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683

Northwell_00000097



## Northwell Health℠

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Phillips & Paolicella                                            March 3, 2020
747 Third Avenue, 6th Floor
New York, NY 10017
Attention: Brendan Tully

                                                    RE: Deposition

| INVOICE / STATEMENT |
|---|

For contractual agreement with Phillips & Paolicella and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| February 10, 2020 - 4 hours @ $600/hr | $2,400.00 | $0.00 | $2,400.00 | Deposition-REDAC case |

| | Total Due | $2,400.00 | $0.00 | $2,400.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683

Northwell_00000098



Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Phillips & Paolicella                                              November 6, 2020
747 Third Avenue, 6th Floor
New York, NY 10017
Attention: Brendan Tully

RE: Prep/deposition

| INVOICE / STATEMENT |
|---|

For contractual agreement with Phillips & Paolicella and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| October 27, 2020 - .75 hours @ $600/hr | $450.00 | $0.00 | $450.00 | prep RED case |
| October 28, 2020- 3hours @ $600/hr | $1,800.00 | | $1,800.00 | deposition RED case |

| | Total Due | $2,250.00 | $0.00 | $2,250.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



**Northwell Health**℠

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simmons, Hanly & Conroy                                                    April 6, 2020
One Court Street
Alton, IL 62002
Attention: Don Blydenburgh, Esq

RE: Prep/dep

| INVOICE / STATEMENT |
|---|

For contractual agreement with Jacqueline Moline, MD and
Simmons, Hanly & Conroy, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| July 13, 2020 2 hours @ $600/hr | $1,200.00 | $1,200.00 | Preparation & Deposition on <span>REDAC.</span> case |

| Total Due | $1,200.00 | | $1,200.00 |
|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #02703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021, Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator
516-465-2683



**Northwell Health**℠

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simmons, Hanly & Conroy                                                  April 6, 2020
One Court Street
Alton, IL 62002
Attention: Julie Unterbrink

                                                                  RE: Deposition

## INVOICE / STATEMENT

For contractual agreement with Jacqueline Moline, MD and
Simmons, Hanly & Conroy, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| March 3, 2020 4 hours @ $600/hr | $2,400.00 | $2,400.00 | Deposition on REDACTED case |

| | Total Due | $2,400.00 | | $2,400.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital, Prod #02703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021, Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator
516-465-2683



**Occupational Medicine, Epidemiology and Prevention**

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Simmons, Hanly & Conroy                                    February 10, 2020
One Court Street
Alton, IL 62002
Attention: Gary DiMuzio, Esq
                                                           RE: Deposition

**INVOICE / STATEMENT**

For contractual agreement with Jacqueline Moline, MD
Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| January 22, 2020 2 hours @ $600/hr | $1,200.00 | $1,200.00 | Telephone deposition on ▓REDA▓ case |

|  | Total Due | $1,200.00 |  | $1,200.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #02703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021, Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator
516-465-2683

Northwell_00000102


# Northwell
## Health ℠

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Thornton Law Firm                                          September 29, 2020
One Lincoln Street
Boston, MA 02111
Attention: Leah McMorris, Esq.

                                            RE: O'Riordan case

**INVOICE / STATEMENT**

For contractual agreement with Thorton Law Firm and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | __Total__ | __Due__ | __Comment__ |
|---|---|---|---|
| September 21, 2020-4.75 hrs @ $600 /hr | $2,850.00 | $2,850.00 | Deposition REDACTED case |

| | Total Due | $2,850.00 | | $2,850.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683

Northwell_00000103


**Northwell Health**℠

Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Belluck and Fox                                          February 8, 2021
546 Fifth Avenue
New York, NY 10036
Attention: Jordan Fox, Esq

RE: Jacqueline Moline, MD trial testimony

## INVOICE / STATEMENT

In accordance with testimony offered for Belluck and Fox by Jacqueline Moline, MD during the
Snowdale case, please remit payment for services as noted below:

| Date of service: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| January 22, 2021 1 hr @ $600 per hour | $600.00 | $0.00 | $600.00 | Prep-REDAC Case |
| January 25, 2021 2.5 hrs @ $600 per hour | $1,500.00 | $0.00 | $1,500.00 | Deposition-REDA Case |
| **Total Due** | **$2,100.00** | **$0.00** | **$2,100.00** | |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to the attention of Department of Occupational Medicine, Epidemiology & Prevention
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



**Northwell**
Health™

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2ⁿᵈ Floor, Great Neck, NY 11021**

Belluck and Fox                                                          June 29, 2021
546 Fifth Avenue
New York, NY 10036
Attention: Adam Cooper, Esq.

                                    RE: Jacqueline Moline, MD deposition

| INVOICE / STATEMENT |
| --- |

In accordance with testimony offered for Belluck and Fox by Jacqueline Moline, MD,
please remit payment for services as noted below:

| Date of service: | Total | Paid | Due | Comment |
| --- | --- | --- | --- | --- |
| June 16, 2021 1 hr @ $600 per hour | $600.00 | $0.00 | $600.00 | Preperation ████ case |
| June 21, 2021 4.75hs @ $600 per hour | $2,850.00 | | $2,850.00 | Deposition ████ case |

| | Total Due | $3,450.00 | $0.00 | $3,450.00 |
| --- | --- | --- | --- | --- |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to the attention of Department of Occupational Medicine, Epidemiology & Prevention
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683


**Northwell**
Health™

**Occupational Medicine, Epidemiology and Prevention**
175 Community Drive-2nd Floor, Great Neck, NY 11021

Belluck and Fox
546 Fifth Avenue
New York, NY 10036
Attention: Jordan Fox, Esq.

May 20, 2021

RE: Jacqueline Moline, MD trial testimony

| INVOICE / STATEMENT |
|---|

In accordance with testimony offered for Belluck and Fox by Jacqueline Moline, MD,
please remit payment for services as noted below:

| Date of service: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| May 18, 2021 8 hr @ $600 per hour | $600.00 | $0.00 | $4,800.00 | Trial testimony-█RED█ case |

| | Total Due | $600.00 | $0.00 | $4,800.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to the attention of Department of Occupational Medicine, Epidemiology & Prevention
175 Community Drive, 2nd Floor, Great Neck, New York 11021 Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683

Northwell_00000106



**Occupational Medicine, Epidemiology and Prevention**

175 Community Drive, 2nd Fl
Great Neck, New York
11021

The Cheek Law Firm                                                    March 9, 2021
650 Poydras Street
Suite 2310
New Orleans, LA 70130
Attention: Lindsey Cheek, Esq.                          RE: Chenet case

| INVOICE / STATEMENT |
|---|

For contractual agreement with The Cheek Law Firm and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | **Total** | **Due** | **Comment** |
|---|---|---|---|
| March 2, 2021-1.5 hrs @ $600 /hr | $900.00 | $900.00 | Prep-RED ACTED e |
| March 4, 2021-5 hrs @ $600/hr | $3,000.00 | $3,000.00 | Depositi RED ACTED case |

| | Total Due | $3,900.00 | | $3,900.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



**Northwell**
Health™

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2ⁿᵈ Floor, Great Neck, NY 11021**

Cheeley Law Group, LLC                                           April 4, 2021
2500 Old Milton Parkway
Suite 200
Alpharetta, GA 30009
Attention: Jennifer Secrist

                                                      RE: J. Archer Case

| INVOICE / STATEMENT |
|---|

For contractual agreement with Cheeley Law Group, LLC and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| March 22, 2021 1 hours @ $600/hr | $600.00 | $600.00 | Prep for <span style="background:black;color:white">RED</span> ase |
| March 24, 2021 7.25 hours @ $600/hr | $4,350.00 | $4,350.00 | Deposition ___ g case |

| | Total Due | $4,950.00 | $0.00 | $4,950.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021  Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683

**Ambra, Maria**

| | |
|---|---|
| **Subject:** | Archer dep-Jen Secrist |
| **Location:** | zoom info below |
| | |
| **Start:** | Wed 3/24/2021 9:30 AM |
| **End:** | Wed 3/24/2021 4:30 PM |
| | |
| **Recurrence:** | (none) |
| | |
| **Organizer:** | Moline, Jacqueline |

*handwritten:* 3/22 - prep - 1 hr. $600

*handwritten:* 3/24 dep 7.25 hrs

*handwritten:* $4350

*handwritten:* $4,950 00

**PASSWORD IS Pophealth1!**

**From:** GPS Virtual <gpsvirtual@gps.llc>
**Sent:** Wednesday, March 17, 2021 1:21 PM
**To:** Moline, Jacqueline <JMoline@northwell.edu>
**Subject:** [EXTERNAL] Jackie Archer, et al. vs. Johnson & Johnson, et al. [2019CV00656]

*External Email. Do not click links or open attachments unless you trust the sender and content. Report suspicious emails using Report Phishing button or forward email to phish@northwell.edu*
Hello, Dr. Moline

We are contacting you about your deposition on March 24, 2021 in the above referenced case on our GPSVirtual platform.  Unlike Zoom, each participant must create an account to attend a deposition.

We would like to  set up a time to do a quick 10-15 minute test connection and training with you prior to the date of the deposition. This helps us to ensure that we can see and hear you on the platform on the day of the deposition and helps us troubleshoot any problems that may arise.

**Please let us know what time and date is good for you and we will send you an invitation to the training session.**

**To join the deposition and run a connection test please click on this link:** https://gps.vtestify.com/d/fd5c9896-3d47-4970-a4dc-045ee8d99f53

If you have issues getting connected, call 919.561.5730, option 2, option 2.

We look forward to hearing from you soon.

Thank you,

Cedar

GPS Virtual

Northwell_00000109



**Northwell**
Health®

**Occupational Medicine, Epidemiology and Prevention**
175 Community Drive-2ⁿᵈ Floor, Great Neck, NY 11021

Cheeley Law Group, LLC                                      September 28, 2021
2500 Old Milton Parkway
Suite 200
Alpharetta, GA 30009
Attention: Jennifer Secrist
                                                           RE: M. Evans case

**INVOICE / STATEMENT**

For contractual agreement with Cheeley Law Group, LLC and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| September 22, 2021 1 hours @ $600/hr | $600.00 | $600.00 | prep [REDACTED] |
| Septebmer 22, 2021 4 hours @ $600/hr | $600.00 | $2,400.00 | travel ti [REDACTED] case |
| September 23, 2021 8 hours @ $600/hr | $600.00 | $4,800.00 | testimo [REDACTED] case |

| | Total Due | $1,800.00 | $0.00 | $7,800.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021  Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Karst & von Oiste Law Firm
576 5th Avenue
Suite 706
New York, NY 10036
Attention: Douglas Von Oiste

January 25, 2021

RE: Preparation and Trial Testimony by Dr. Jacqueline Moline

## INVOICE / STATEMENT

For contractual agreement with Karst & von Oiste and Jacqueline Moline, MD
please remit payment for services as noted below:

| Dates of service: | Total | Due | Comment |
|---|---|---|---|
| January 15, 2021- .5 hour @ $600/hr | $300.00 | $300.00 | prep REDACTED |
| January 19, 2021 - 3 hours @ $600/hr | $1,800.00 | $1,800.00 | deposit REDACTED case |

| | Total Due | $2,100.00 | | $2,100.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



**Northwell**
Health™

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2nd Floor, Great Neck, NY 11021**

September 22, 2021

Law Offices Of Peter Angelos
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201
Attention: Andrew Cantor, Esq

RE: Depositon
Hattenburgh case

### INVOICE / STATEMENT

For contractual agreement with Law Offices of Peter Angelos and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| September 21, 2021 - 1.5 hours @ $600/hr | $900.00 | $0.00 | $900.00 | Deposition REDAC case |

| | Total | Paid | Due |
|---|---|---|---|
| **Total Due** | **$900.00** | **$0.00** | **$900.00** |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



**Northwell Health**

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2nd Floor, Great Neck, NY 11021**

September 22, 2021

Law Offices Of Peter Angelos
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201
Attention: Andrew Cantor, Esq.

RE: Prep-Hattenburgh

## INVOICE / STATEMENT

For contractual agreement with Law Offices of Peter Angelos and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| September 20, 2021 - 1.5 hours @ $600/hr | $900.00 | $0.00 | $900.00 | Prep for deposition-REDAC case |
| Total Due | $900.00 | $0.00 | $900.00 | |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



**Northwell Health℠**

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2ⁿᵈ Floor, Great Neck, NY 11021**

Law Offices Of Michael P. Joyce                          November 8, 2021
50 Congress Street, Suite 840
Boston, MA 02109
Attention: Michael P. Joyce, Esq.

RE: prep/deposition

## INVOICE / STATEMENT

For contractual agreement with The Law Office Of Michael P. Joyce and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | **Total** | **Due** | **Comment** |
|---|---|---|---|
| October 15, 2021 1 hour @ $750/hr | $750.00 | $750.00 | telephone prep on ~~REDACTED~~ case |
| October 21, 2021 5.25 hours @ $750/hr | $3,937.50 | $3,937.50 | deposition on ~~REDACTED~~ case |

| **Total Due** | $4,687.50 |
|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



**Northwell**
Health™

**Occupational Medicine, Epidemiology and Prevention**
175 Community Drive-2ⁿᵈ Floor, Great Neck, NY 11021

Law Offices Of Michael P. Joyce                                    May 4, 2021
50 Congress Street, Suite 840
Boston, MA 02109
Attetnion: Michael P. Joyce, Esq.
                                                         RE: prep/deposition

**INVOICE / STATEMENT**

For contractual agreement with The Law Office Of Michael P. Joyce and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| April 14, 2021 1 hour @ $600/hr | $600.00 | $600.00 | telephone prep REDACTED case |
| April 15, 2021 3 hours @ $600/hr | $1,800.00 | $1,800.00 | deposition of REDACTED nse |

**Total Due**                          **$2,400.00**

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683

Northwell_00000115



**Northwell Health™**

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2ⁿᵈ Floor, Great Neck, NY 11021**

Levin, Papantonio, Rafferty                                             April 13, 2021
316 South Baylen Street
Pensacola, FL 32502
Attention: Christopher Tisi, Esq.

                                                    RE: RED case

| INVOICE / STATEMENT |
|---|

For contractual agreement with Levin Law Firm and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| April 5, 2021 2 hrs/ $600 per hr | $1,200.00 | $0.00 | $1,200.00 | preparation for deposition- REDA case |
| April 6, 2021 2 hrs/ $600 per hr | $1,200.00 | $0.00 | $1,200.00 | deposition- RED case |

| Total Due | | | $2,400.00 | |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



**Northwell Health**

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2nd Floor, Great Neck, NY 11021**

Phillips & Paolicella                                               July 20, 2021
747 Third Avenue, 6th Floor
New York, NY 10017
Attention: Brendan Tully, Esq.

                                               RE: Prep/deposition

| INVOICE / STATEMENT |
|---|

For contractual agreement with Phillips & Paolicella and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| June 22, 2021- 2.5 hour @ $600/hr | $1,500.00 | | $1,500.00 | prep-~~REDACTED~~se |
| July 14, 2021- 8hours @ $600/hr | $4,800.00 | | $4,800.00 | depositi~~REDACTED~~ case |

| | Total Due | $6,300.00 | $0.00 | $6,300.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683

**Ambra, Maria**

| | |
|---|---|
| **From:** | Moline, Jacqueline |
| **Sent:** | Wednesday, July 14, 2021 6:17 PM |
| **To:** | Ambra, Maria |
| **Subject:** | depos |

7/14 – Dobson/P&P
8 hours deposition (torture)  4800  =  6,300
2.5 hours prep 6/22/21  1500

7/9 – Manz/WL (danny kraft)
3 hours deposition
2 hours prep

**Jacqueline M Moline, MD, MSc**
**Professor and Chair**
Occupational Medicine, Epidemiology and Prevention
Zucker School of Medicine at Hofstra/Northwell
Occupational and Environmental Medicine of Long Island
Northwell Queens WTC Clinical Center
175 Community Drve, Suite 206
Great Neck, NY 11021
Tel: 516-465-2639
Fax 516-465-2699
Email: jmoline@northwell.edu

**Northwell Health**
Visit us at Northwell.edu

Northwell_00000118



**Northwell**
Health™

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2nd Floor, Great Neck, NY 11021**

Phillips & Paolicella                                    September 8, 2021
747 Third Avenue, 6th Floor
New York, NY 10017
Attention: Brendan Tully, Esq.
                                                RE: Prep/deposition

| INVOICE / STATEMENT |
|---|

For contractual agreement with Phillips & Paolicella and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| Jan 7, 2021- 5 hours @ $600/hr | $3,000.00 | | $3,000.00 | deposition part REDACTED ase |
| August 13, 2021- 3 hours @ $600/hr | $1,800.00 | | $1,800.00 | deposition part REDACTED ase |

|  | Total Due | $4,800.00 | $0.00 | $4,800.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



**Northwell**
Health™

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2ⁿᵈ Floor, Great Neck, NY 11021**

Phillips & Paolicella
747 Third Avenue, 6ᵗʰ Floor
New York, NY 10017
Attention: Brendan Tully

June 8, 2021

RE: Prep/deposition

| INVOICE / STATEMENT |
|---|

For contractual agreement with Phillips & Paolicella and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| May 26, 2021- 1 hour @ $600/hr | $600.00 | | $600.00 | prep-█RED█ case |
| May 27, 2021- 2.5hours @ $600/hr | $1,500.00 | | $1,500.00 | deposition █REDA█ case |

| | | | | |
|---|---|---|---|---|
| **Total Due** | **$2,100.00** | $0.00 | **$2,100.00** | |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683

Northwell_00000120



**Northwell**
Health™

**Occupational Medicine, Epidemiology and Prevention**
175 Community Drive-2nd Floor, Great Neck, NY 11021

Simmons, Hanly & Conroy                                    May 4, 2021
One Court Street
Alton, IL 62002
Attention: James Kramer, Esq.
                                                           RE: Prep/dep

**INVOICE / STATEMENT**

For contractual agreement with Jacqueline Moline, MD and
Simmons, Hanly & Conroy, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| April 27, 2021 1 hour @ $600/hr | $600.00 | $600.00 | Telephone Preparation-REDA case |
| April 30, 2021 3.5 hours @ $600/hr | $2,100.00 | $2,100.00 | Deposition-REDA case |

|  | **Total Due** | **$2,700.00** |  | **$2,700.00** |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #02703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021, Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator
516-465-2683

Northwell_00000121



**Northwell**
Health™

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2ⁿᵈ Floor, Great Neck, NY 11021**

Simmons, Hanly & Conroy                                    July 6, 2021
One Court Street
Alton, IL 62002
Attention: James Kramer, Esq.

                                                           RE: Prep/dep

| INVOICE / STATEMENT |
|---|

For contractual agreement with Jacqueline Moline, MD and
Simmons, Hanly & Conroy, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| July 1, 2021 1.5 hour @ $600/hr | $900.00 | $900.00 | Telephone Preparation REDACTED cases |
| July 2, 2021 4.5 hours @ $600/hr | $2,700.00 | $2,700.00 | Deposition REDACTED cases |

| | Total Due | $3,600.00 | | $3,600.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #02703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021, Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator
516-465-2683

Northwell_00000122

**Ambra, Maria**

| | |
|---|---|
| **From:** | Moline, Jacqueline |
| **Sent:** | Tuesday, July 6, 2021 10:02 AM |
| **To:** | Ambra, Maria |
| **Subject:** | RE: wheeler/corcoran |

Prep time was 1.5 hours    $900
Depo was 10 – 2:30    $2700    $3300

**From:** Ambra, Maria
**Sent:** Tuesday, July 6, 2021 9:33 AM
**To:** Moline, Jacqueline <JMoline@northwell.edu>
**Subject:** wheeler/corcoran

What was prep/dep time so I can invoice?jm

Maria Ambra
Administrative Support Coordinator
Occupational Medicine, Epidemiology & Prevention
175 Community Drive
2nd Floor
Great Neck, NY 11021
Tel: 516-465-2683
Email: mambra@northwell.edu

Northwell Health
Visit us at Northwell.edu

1

Northwell_00000123



**Northwell**
Health™

**Occupational Medicine, Epidemiology and Prevention**
175 Community Drive-2nd Floor, Great Neck, NY 11021

Weitz & Luxenberg
1880 Century Park East
Los Angeles, CA 90067
Attention: Mark Bratt, Esq

October 11, 2021

RE deposition on the
█REDACT█ case

## INVOICE / STATEMENT

For contractual agreement with Weitz & Luxenberg and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Date of service: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| October 7, 2021 3 hours @ $750/hr | $2,250.00 | $0.00 | $2,250.00 | deposition |
| **Total Due** | **$2,250.00** | **$0.00** | **$2,250.00** | |

Please make check payable to North Shore University Hospital; Dept # 2703
and send to the attention of Department of Occupational Medicine, Epidemiology & Prevention
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



Occupational Medicine, Epidemiology and Prevention

175 Community Drive, 2nd Fl
Great Neck, New York
11021

Weitz & Luxenberg                                              February 8, 2021
1880 Century Park East
Suite 700
Los Angeles, CA 90067
Attention: Mark Bratt, Esq.                                   RE Prep/Deposition

## INVOICE / STATEMENT

For contractual agreement with Weitz & Luxenberg and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Date of service: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| January 13, 2021 1 hour @ $600/hr | $600.00 | $0.00 | $600.00 | prep REDACTE case |
| January 15, 2021 3 hours @ $600/hr | $1,800.00 | | $1,800.00 | Deposition REDACTE case |

| | Total | Paid | Due |
|---|---|---|---|
| Total Due | $2,400.00 | $0.00 | $2,400.00 |

Please make check payable to North Shore University Hospital; Dept # 2703
and send to the attention of Department of Occupational Medicine, Epidemiology & Prevention
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



**Northwell Health**

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2nd Floor, Great Neck, NY 11021**

Weitz & Luxenberg
700 Broadway
New York, NY 10003
Attention: Danny Kraft, Esq.

July 20, 2021

RE Prep/Deposition

## INVOICE / STATEMENT

For contractual agreement with Weitz & Luxenberg and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Date of service: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| June 3, 2021 2 hours @ $600/hr | $1,200.00 | $0.00 | $1,200.00 | prep-RE case |
| July 9, 2021 3 hours @ $600/hr | $1,800.00 | | $1,800.00 | Deposition-RE case |

| Total Due | $3,000.00 | $0.00 | $3,000.00 |
|---|---|---|---|

Please make check payable to North Shore University Hospital; Dept # 2703
and send to the attention of Department of Occupational Medicine, Epidemiology & Prevention
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683

**Ambra, Maria**

| | |
|---|---|
| **From:** | Moline, Jacqueline |
| **Sent:** | Wednesday, July 14, 2021 6:17 PM |
| **To:** | Ambra, Maria |
| **Subject:** | depos |

7/14 – Dobson/P&P
8 hours deposition (torture)
2.5 hours prep

7/9 – Manz/WL (danny kraft)
3 hours deposition        1800
2 hours prep 6/3/21     1200        3000

**Jacqueline M Moline, MD, MSc**
Professor and Chair
Occupational Medicine, Epidemiology and Prevention
Zucker School of Medicine at Hofstra/Northwell
Occupational and Environmental Medicine of Long Island
Northwell Queens WTC Clinical Center
175 Community Drve, Suite 206
Great Neck, NY 11021
Tel: 516-465-2639
Fax 516-465-2699
Email: jmoline@northwell.edu

**Northwell Health**
Visit us at Northwell.edu

1

Northwell_00000127



**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2ⁿᵈ Floor, Great Neck, NY 11021**

Weitz & Luxenberg
1880 Century Park East
Los Angeles, CA 90067
Attention: Mark Bratt, Esq

October 11, 2021

RE prep on the REDACT case

## INVOICE / STATEMENT

For contractual agreement with Weitz & Luxenberg and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Date of service: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| September 27, 2021 2 hours @ $750/hr | $1,500.00 | $0.00 | $1,500.00 | prep call |

| Total Due | $1,500.00 | $0.00 | $1,500.00 |
|---|---|---|---|

Please make check payable to North Shore University Hospital; Dept # 2703
and send to the attention of Department of Occupational Medicine, Epidemiology & Prevention
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



**Northwell Health™**

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2nd Floor, Great Neck, NY 11021**

Weitz & Luxenberg                                               July 27, 2021
1880 Century Park East
Los Angeles, CA 90067
Attention: Mark Bratt, Esq.                          RE  deposition

## INVOICE / STATEMENT

For contractual agreement with Weitz & Luxenberg and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Date of service: | **Total** | **Paid** | **Due** | **Comment** |
|---|---|---|---|---|
| July 26,  2021 2.7 hours @ $600/hr | $1,640.00 | $0.00 | $1,640.00 | deposition REDA case |

| | | | |
|---|---|---|---|
| **Total Due** | $1,640.00 | $0.00 | $1,640.00 |

Please make check payable to North Shore University Hospital; Dept # 2703
and send to the attention of  Department of Occupational Medicine, Epidemiology & Prevention
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



**Northwell**
Health·

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2nd Floor, Great Neck, NY 11021**

Weitz & Luxenberg                                        July 27, 2021
1880 Century Park East
Los Angeles, CA 90067
Attention: Mark Bratt, Esq.                              RE Prep for deposition

## INVOICE / STATEMENT

For contractual agreement with Weitz & Luxenberg and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Date of service: | **Total** | **Paid** | **Due** | **Comment** |
|---|---|---|---|---|
| July 22, 2021 .5 hour @ $600/hr | $300.00 | $0.00 | $300.00 | prep-<span style="background:black;color:white">RED</span> case |

| | | | |
|---|---|---|---|
| **Total Due** | $300.00 | $0.00 | $300.00 |

Please make check payable to North Shore University Hospital; Dept # 2703
and send to the attention of Department of Occupational Medicine, Epidemiology & Prevention
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683

Northwell_00000130



**Northwell**
Health™

**Occupational Medicine, Epidemiology and Prevention**
175 Community Drive-2ⁿᵈ Floor, Great Neck, NY 11021

Weitz & Luxenberg                                        September 20, 2021
700 Broadway
New York, NY 10003
Attention: Danny Kraft, Jr., Esq

RE  trial testimony
REDAC case

## INVOICE / STATEMENT

For contractual agreement with Weitz & Luxenberg and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Date of service: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| September 14,  2021 1 hour @ $600/hr | $600.00 | $0.00 | $600.00 | prep call |
| September 14,  2021 3 hours @ $600/hr | $1,800.00 | | $1,800.00 | travel time |
| September 15 and September 18, 2021 | | | | |
| 10 hrs @ $600/hr | $6,000.00 | | $6,000.00 | trial testimony |

| Total Due | $8,400.00 | $0.00 | $8,400.00 |
|---|---|---|---|

Please make check payable to North Shore University Hospital; Dept # 2705
and send to the attention of  Department of Occupational Medicine, Epidemiology & Prevention
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



**Northwell Health**

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2ⁿᵈ Floor, Great Neck, NY 11021**

Law Offices Of Michael P. Joyce
50 Congress Street, Suite 840
Boston, MA 02109
Attention: Michael P. Joyce, Esq.

September 14, 2022

RE: prep/deposition

| | | | |
|---|---|---|---|
| **INVOICE / STATEMENT** | | | |

For contractual agreement with The Law Office Of Michael P. Joyce and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| August 24, 2022 1.5 hours @ $750/hr | $1,125.00 | $1,125.00 | telephone prep REDACTED case |
| August 26, 2022 2.5 hours @ $750/hr | $1,875.00 | $1,875.00 | deposition on REDACTED case |

| | |
|---|---|
| **Total Due** | **$3,000.00** |

Please make check payable to North Shore University Hospital: Prod #2703, 206284004
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683

Northwell_00000132



**Northwell Health**™

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2ⁿᵈ Floor, Great Neck, NY 11021**

Law Offices Of Michael P. Joyce                                    June 14, 2022
50 Congress Street, Suite 840
Boston, MA 02109
Attention: Michael P. Joyce, Esq.

                                                        RE: prep/deposition

## INVOICE / STATEMENT

For contractual agreement with The Law Office Of Michael P. Joyce and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | **Total** | **Due** | **Comment** |
| --- | --- | --- | --- |
| May 26, 2022 .5 hour @ $750/hr | $750.00 | $375.00 | telephone prep REDACTED case |
| May 27, 2022  3 hours @ $750/hr | $2,250.00 | $2,250.00 | deposition o[REDACTED]ase |

| **Total Due** | $2,625.00 |
| --- | --- |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



**Northwell Health**™

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2ⁿᵈ Floor, Great Neck, NY 11021**

September 14, 2022

Law Offices Of Peter Angelos
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201
Attention: Stephen Smith, Esq

RE: prep/dep

### INVOICE / STATEMENT

For contractual agreement with Law Offices of Peter Angelos and Jacqueline Moline, MD
at Northwell Health. please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| August 26, 2022 .5 hour @ $750/hr | $375.00 | $375.00 | Prep call for ████ case |
| August 31, 2022 1 hour @ $750/hr | $750.00 | $750.00 | Deposition ████ case |

| | Total Due | $1,125.00 | | $1,125.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital: Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator. OMEP
516-465-2683



**Northwell Health™**

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2ⁿᵈ Floor, Great Neck, NY 11021**

Law Offices Of Michael P. Joyce
50 Congress Street, Suite 840
Boston, MA 02109
Attention: Michael P. Joyce, Esq.

April 19, 2022

RE: prep/deposition

| INVOICE / STATEMENT |
|---|

For contractual agreement with The Law Office Of Michael P. Joyce and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| April 13, 2022 1 hour @ $750/hr | $750.00 | $750.00 | telephone prep o̶ REDACTED case |
| April 14, 2022 2 hours @ $750/hr | $1,500.00 | $1,500.00 | deposition on REDACTED se |

| Total Due | | $2,250.00 | |
|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683



**Northwell**
Health™

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2ⁿᵈ Floor, Great Neck, NY 11021**

Maune, Raichle, Hartley, French & Mudd                                            October 4, 2022
2 Club Centre Court
Suite 4
Edwardsville, IL 62025
Attention: James Campbell, Esq                                          RE: deposition

### INVOICE / STATEMENT

For contractual agreement with Jacqueline Moline, MD and
Maune, Raichle, Hartley, French & Mudd, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| September 30, 2022  6 hours @ $750/hr | $4,500.00 | $4,500.00 | Preparation & Deposition on [RE] case |

| | Total Due | $4,500.00 | | $4,500.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #02703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021, Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator
516-465-2683



**Northwell**
Health™

**Occupational Medicine, Epidemiology and Prevention**
175 Community Drive-2nd Floor, Great Neck, NY 11021

Maune, Raichle, Hartley, French & Mudd                    January 20, 2022
2 Club Centre Court
Suite 4
Edwardsville, IL 62025
Attention: Nick Novack, Esq.                              RE: Prep/dep

**INVOICE / STATEMENT**

For contractual agreement with Jacqueline Moline, MD and
Maune, Raichle, Hartley, French & Mudd, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| January 14, 2022  2 hours @ $750/hr | $1,500.00 | $1,500.00 | Preparation & Deposition on RED case |

| | Total Due | $1,500.00 | | $1,500.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #02703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021, Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator
516-465-2683

Northwell_00000137



**Northwell Health™**

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2nd Floor, Great Neck, NY 11021**

Miller Martin Law Firm
Volunteer Building, Suite 1200
832 Georgia Avenue
Chattanooga, TN 37402
Attention: Leah Gerbitz, Esq
Emial: leah.gerbitz@millermartin.com

September 14, 2022

RE: Deposition

| INVOICE / STATEMENT |
|---|

For contractual agreement with Simon, Greenstone, Panatier Law Firm and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| August 8, 2022 4 hours @ $750/hr | $3,000.00 | $3,000.00 | Continued deposition REDAC case |

| | | | |
|---|---|---|---|
| Total Due | $3,000.00 | ——————— | $3,000.00 |

Please make check payable to North Shore University Hospital: Prod #2703. 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator. OMEP
516-465-2683

Northwell_00000138



**Northwell Health™**

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2nd Floor, Great Neck, NY 11021**

Phillips & Paolicella                                        February 22, 2022
747 Third Avenue, 6th Floor
New York, NY 10017
Attention: Dan Woodard, Esq.

                                                            RE: trial testimony

| INVOICE / STATEMENT |
|---|

For contractual agreement with Phillips & Paolicella and Jacqueline Moline, MD
at Northwell Health, please remit payment for services as noted below:

| Dates of services: | Total | Paid | Due | Comment |
|---|---|---|---|---|
| February 17, 2022- 7 hours @ $750/hr | $5,250.00 | | $5,250.00 | trial testimony- REDA case |

| | Total Due | | |
|---|---|---|---|
| **Total Due** | $5,250.00 | $0.00 | $5,250.00 |

Please make check payable to North Shore University Hospital; Prod #2703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021. Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator, OMEP
516-465-2683

Northwell_00000139



**Northwell**
Health™

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2nd Floor, Great Neck, NY 11021**

Simmons, Hanly & Conroy                                                          January 5, 2022
One Court Street
Alton, IL 62002
Attention: Gary DiMuzio, Esq.

                                                                              RE: Prep/dep

| INVOICE / STATEMENT |
|---|

For contractual agreement with Jacqueline Moline, MD and
Simmons, Hanly & Conroy, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| January 3, 2022 .5 hour @ $750/hr | $375.00 | $375.00 | Telephone Preparation .... case |
| January 4, 2022 2 hours @ $600/hr | $1,500.00 | $1,500.00 | Deposition- |

| | | | |
|---|---|---|---|
| **Total Due** | **$1,875.00** | | **$1,875.00** |

Please make check payable to North Shore University Hospital; Prod #02703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021, Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator
516-465-2683



**Northwell Health**

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2nd Floor, Great Neck, NY 11021**

Simmons, Hanly & Conroy                                                          August 16, 2022
One Court Street
Alton, IL 62002
Attention: Gary DiMuzio, Esq.

RE: deposition (continued)

| INVOICE / STATEMENT |
|---|

For contractual agreement with Jacqueline Moline, MD and
Simmons, Hanly & Conroy, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| September 23, 2022  3 hours @ $750/hr | $2,250.00 | $2,250.00 | continued deposition RE case |

| | Total Due | $2,250.00 | | $2,250.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #02703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021, Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator
516-465-2683



**Northwell Health™**

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2nd Floor, Great Neck, NY 11021**

Simmons, Hanly & Conroy
One Court Street
Alton, IL 62002
Attention: Gary DiMuzio, Esq.

August 16, 2022

RE: deposition

| INVOICE / STATEMENT |
|---|

For contractual agreement with Jacqueline Moline, MD and
Simmons, Hanly & Conroy, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| July 5 , 2022 .5 hour @ $750/hr | $375.00 | $375.00 | Telephone Preparation RE case |
| July 6, 2022 7 hours @ $750/hr | $5,250.00 | $5,250.00 | deposition R case |

| | Total Due | $5,625.00 | | $5,625.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital: Prod #02703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021, Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator
516-465-2683

Northwell_00000142



**Northwell**
Health·

**Occupational Medicine, Epidemiology and Prevention**
175 Community Drive-2ⁿᵈ Floor, Great Neck, NY 11021

Simmons, Hanly & Conroy
One Court Street
Alton, IL 62002
Attention: Jim Kramer, Esq

October 4, 2022

RE: deposition

**INVOICE / STATEMENT**

For contractual agreement with Jacqueline Moline, MD and
Simmons, Hanly & Conroy, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| September 8 , 2022 .5 hour @ $750/hr | $375.00 | $375.00 | Telephone Preparation-R___ case |
| September 12, 2022 2 hours @ $750/hr | $1,500.00 | $1,500.00 | deposition RE___case |

| | Total Due | $1,875.00 | | $1,875.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #02703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021, Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator
516-465-2683



**Northwell Health™**

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2ⁿᵈ Floor, Great Neck, NY 11021**

Simmons, Hanly & Conroy
112 Madison Avenue-7th Floor
New York, NY 10016
Attention: Don Blydenburgh, Esq.

March 30, 2022

RE: Prep/dep

## INVOICE / STATEMENT

For contractual agreement with Jacqueline Moline, MD and
Simmons, Hanly & Conroy, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| March 28, 2022 1 hour @ $750/hr | $750.00 | $375.00 | Telephone Preparation-**RED** case |
| March 29, 2022 2 hours @ $750/hr | $1,500.00 | $1,500.00 | Deposition-**RED** case |

| | | Total Due | $2,250.00 | | $2,250.00 |
|---|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #02703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021, Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator
516-465-2683



**Northwell Health™**

**Occupational Medicine, Epidemiology and Prevention**
**175 Community Drive-2ⁿᵈ Floor, Great Neck, NY 11021**

Simmons, Hanly & Conroy
One Court Street
Alton, IL 62002
Attention: Dan Blouin, Esq.

June 28, 2022

RE: trial testimony

| INVOICE / STATEMENT |
|---|

For contractual agreement with Jacqueline Moline, MD and
Simmons, Hanly & Conroy, please remit payment for services as noted below:

| Dates of services: | Total | Due | Comment |
|---|---|---|---|
| June 21 , 2022 1 hour @ $750/hr | $750.00 | $375.00 | Telephone Preparation ▉▉case |
| June 27, 2022 7 hours @ $750/hr | $5,250.00 | $5,250.00 | Trial testimony ▉▉case |

| | Total Due | $6,000.00 | | $6,000.00 |
|---|---|---|---|---|

Please make check payable to North Shore University Hospital; Prod #02703, 20628400
and send to Occupational Medicine, Epidemiology & Prevention (OMEP)
175 Community Drive, 2nd Floor, Great Neck, New York 11021, Attention: Maria Ambra

Very truly yours,

Maria Ambra
Coordinator
516-465-2683

Northwell_00000145