UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BRIAN JOSEPH GREF,

                      Plaintiff,                  20-CV-05589 (GBD) (VF)

      -against-                  **ORDER SCHEDULING CONFERENCE**

AMERICAN INTERNATIONAL INDUTSTRIES
et al.,

                      Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A telephonic conference in this matter with respect to non-party Northwell Health's pending motions to modify subpoenas served by Defendants American International Industries and Whittaker, Clark, and Daniels, Inc. (see ECF Nos. 264, 267), and Defendants' cross-motion to compel subpoena responses (see ECF No. 281), is hereby scheduled for **Friday, April 21, 2023, at 10:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335.**

      SO ORDERED.

DATED:    New York, New York
               April 11, 2023

                                                      _____
                                                        VALERIE FIGUEREDO
                                                        United States Magistrate Judge