UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BRIAN JOSEPH GREF,

                      Plaintiff,                    20-CV-05589 (GBD) (VF)

        -against-                                **ORDER**

AMERICAN INTERNATIONAL INDUTSTRIES
et al.,

                      Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The telephonic conference scheduled for April 21, 2023 is **canceled**. The parties are directed to submit a joint letter proposing alternate dates/times for the week of April 24, 2023.

      **SO ORDERED.**

DATED:    New York, New York
              April 20, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge