UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BRIAN JOSEPH GREF,

                        Plaintiff,                  20-CV-05589 (GBD) (VF)

        -against-                      **<u>ORDER</u>**

AMERICAN INTERNATIONAL INDUTSTRIES
et al.,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to coordinate and submit a joint letter by no later than **<u>5:00 p.m. on Tuesday, April 25, 2023</u>** as to their availability for a telephonic conference on either **<u>April 26, 27, or 28, 2023.</u>**

      **SO ORDERED.**

DATED:    New York, New York
               April 24, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge