UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BRIAN JOSEPH GREF,

                        Plaintiff,                    20-CV-05589 (GBD) (VF)

      -against-                       **ORDER SCHEDULING**
                                                           **CONFERENCE**

AMERICAN INTERNATIONAL INDUTSTRIES
et al.,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A telephonic conference in this matter is hereby scheduled for **Friday, May 19, 2023 at 12:00 p.m.** At the conference, the Court plans to address Plaintiff's letter submission at ECF No. 337 and precisely what Plaintiff means by the representation therein that he "withdraws his experts' reliance on the Moline Article in this matter." See ECF No. 337 at 1. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335.**

      SO ORDERED.

DATED:     New York, New York
                May 12, 2023

                                                                   _____
                                                                   VALERIE FIGUEREDO
                                                                   United States Magistrate Judge