

*From the desk of:*
*James M. Kramer, Esq.*

June 15, 2023

**VIA ECF**
Hon. Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   Re: *Gref v. Am. Int'l Indus.*, et al., 20-cv-05589

Dear Judge Figueredo,

  Plaintiff writes to update the Court that counsel for Plaintiff and Defendant American International Industries ("AII") have met and conferred with regard to a briefing schedule for Plaintiff's reply to Plaintiff's Motion for Sanctions (ECF No. 346, ECF No. 348) in the above-captioned case. The parties have agreed that Plaintiff may have until June 30, 2023 to file a reply to AII's opposition, and that Plaintiff will reciprocate the extension, if needed, for a reply that may be required of AII.

  As always, we stand ready to provide additional information or answer any questions the Court may have.

                Respectfully submitted,

                James M. Kramer

cc: All Counsel of Record (via ECF)

*We stand for our clients.*

| HEADQUARTERS | NEW YORK | CHICAGO | SAN FRANCISCO | LOS ANGELES | ST. LOUIS |
|---|---|---|---|---|---|
| One Court Street | 112 Madison Avenue | 230 W. Monroe Suite 2221 | 455 Market Suite 1150 | 100 N. Sepulveda Blvd. Suite 1350 | 231 S. Bemiston Suite 525 |
| Alton, IL 62002 | New York, NY 10016 | Chicago, IL 60606 | San Francisco, CA 94105 | El Segundo, CA 90245 | St. Louis, MO 63105 |
| TEL: (618) 259-2222 | TEL: (212) 784-6400 | TEL: (312) 759-7500 | TEL: (415) 536-3986 | TEL: (310) 322-3555 | TEL: (800) 479-9533 |
| FAX: (618) 259-2251 | FAX: (212) 213-5949 | FAX: (312) 759-7516 | FAX: (415) 537-4120 | FAX: (310) 322-3655 | |