UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BRIAN JOSEPH GREF,

                     Plaintiff,                  20-CV-05589 (GBD) (VF)

      -against-                            **ORDER**

AMERICAN INTERNATIONAL INDUTSTRIES
et al.,

                     Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      <u>The start time for the conference scheduled for Thursday, July 6, 2023, has been changed to 11:00 a.m.</u> Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the newly scheduled time. **Please dial (888) 808-6929; access code 9781335.**

      SO ORDERED.

DATED:    New York, New York
                July 5, 2023

                                                        _____
                                                        VALERIE FIGUEREDO
                                                        United States Magistrate Judge