UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BRIAN JOSEPH GREF,

                        Plaintiff,                  20-CV-05589 (GBD) (VF)

      -against-                              **ORDER**

AMERICAN INTERNATIONAL INDUTSTRIES
et al.,

                     Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Defendant American International Industries' ("AII") motion for a protective order, see ECF No. 411, is denied as moot, given Plaintiff's present motion to modify the state court order, filed on December 12, 2023, see ECF No. 421.

The stay entered by the Court on December 1, 2021, see ECF No. 413, is vacated in light of the changed circumstances.

Defendant AII is directed to disclose to Plaintiff the report of testing conducted on the second Gref Clubman bottle by **December 29, 2023**.

      **SO ORDERED.**

DATED:    New York, New York
              December 15, 2023

                                                  _____
                                                  VALERIE FIGUEREDO
                                                  United States Magistrate Judge