UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRIAN JOSEPH GREF,

                             Plaintiff,                    20-CV-05589 (GBD) (VF)

       -against-                             **ORDER**

AMERICAN INTERNATIONAL INDUSTRIES
et al.,

                            Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

There is a pending motion to preclude Plaintiff's supplemental expert disclosures (ECF No. 398), which seeks to prevent Dr. Moline from relying on a 2023 article she authored about cosmetic talc and mesothelioma. At ECF No. 376, Defendant Colgate-Palmolive Company seeks an enlargement of time to complete the deposition of Dr. Moline, in order to question Dr. Moline about that 2023 article. Because a decision on the motion to preclude at ECF No. 398 may moot the request at ECF No. 376, the Court will resolve the motion to preclude the supplemental disclosure prior to ruling on the motion to enlarge the time to complete Dr. Moline's deposition.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 376.

**SO ORDERED.**

DATED:    New York, New York
               March 5, 2024

                                                           VALERIE FIGUEREDO
                                                            United States Magistrate Judge