UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRIAN JOSEPH GREF,

                        Plaintiff,              20-CV-05589 (GBD) (VF)

      -against-                      **ORDER SCHEDULING**
                                           **CONFERENCE**

AMERICAN INTERNATIONAL INDUTSTRIES
et al.,

                        Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A telephonic conference in this matter is hereby scheduled for **Wednesday, May 1, 2024 at 12:00 p.m.** At the conference, the Court plans to address the continuation of Dr. Moline's deposition and the Motion at ECF No. 431. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335.**

      The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 431.

      **SO ORDERED.**

DATED:    New York, New York
               April 24, 2024

                                                         _____
                                                           VALERIE FIGUEREDO
                                                           United States Magistrate Judge