UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BRIAN JOSEPH GREF,

                              Plaintiff,                    20-CV-05589 (GBD) (VF)

        -against-                          **ORDER SCHEDULING**
                                                      **SETTLEMENT CONFERENCE**

AMERICAN INTERNATIONAL INDUTSTRIES
et al.,

                              Defendants.
----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Wednesday, June 5, 2024 at 2:00 p.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

      Plaintiff is required to make a demand prior to the conference, and Defendant must respond to that demand, prior to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **May 29, 2024.**

      The May 24, 2024 deadline for Northwell Health, Inc. to submit its reply to the brief in support of its Motion to Quash (ECF Nos. 364-66), set at ECF No. 436, is also adjourned. A new deadline will be set after the above scheduled conference, if necessary.

      SO ORDERED.

DATED:    New York, New York
                May 1, 2024

                                                                   _____
                                                                   VALERIE FIGUEREDO
                                                                   United States Magistrate Judge