UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRIAN JOSEPH GREF,

                      Plaintiff,                    20-CV-05589 (GBD) (VF)

      -against-                   **ORDER RESCHEDULING**
                                                               **SETTLEMENT CONFERENCE**

AMERICAN INTERNATIONAL INDUTSTRIES
et al.,

                      Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    The settlement conference in this matter is **rescheduled for Monday, July 1, 2024, at 2:30 p.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

    Plaintiff is required to make a demand prior to the conference, and Defendant must respond to that demand, prior to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **June 24, 2024.**

    SO ORDERED.

DATED:    New York, New York
               May 28, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge