UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BRIAN JOSEPH GREF,

                          Plaintiff,                  20-CV-05589 (GBD) (VF)

        -against-                                    **ORDER**

AMERICAN INTERNATIONAL INDUTSTRIES
et al.,

                          Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        On May 1, 2024, the Court stayed the deadline for Northwell Health to file its reply brief in further support of its motion to quash (see ECF No. 364) until two weeks after the conclusion of the settlement conference in this case. See ECF No. 441 at 19. A settlement conference was held today and a settlement was not reached. As such, Northwell Health's deadline to file a reply brief in further support of its motion is **Friday, August 1, 2024**.

        **SO ORDERED.**

DATED:       New York, New York
                  July 19, 2024

                                                                                       _____
                                                                                       VALERIE FIGUEREDO
                                                                                       United States Magistrate Judge