# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

CHRISTOPHER S. KOZAK
MEMBER
EMAIL: ckozak@lcbf.com

ONE GATEWAY CENTER
22ND FLOOR
NEWARK, NJ 07102
TELEPHONE (973) 623-2700
FACSIMILE (973) 623-4496
www.lcbf.com

120 Broadway
13th Floor
New York, New York 10271
Tel: (212) 238-4800

One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103
Tel: (215) 561-8540

300 Delaware Avenue
Suite 210
Wilmington, DE 19801
Tel: (302) 514-6901

August 6, 2024

**VIA ECF**

Hon. Valerie Figueredo
United States Courthouse
500 Pearl Street
New York, New York 10007
FigueredoNYSDchambers@nysd.uscourts.gov

   Re: *Brian Joseph Gref v. American International Industries, et al.*
      **Case No.: 1:20-cv-05589-GBD-VF**

Dear Judge Figueredo:

  This office represents defendant American International Industries ("A-I-I") in the above-entitled action. We respectfully submit this correspondence with regard to Plaintiff's Motion to Dismiss (ECF No. 448), filed on July 31, 2024. As you will recall, this is the matter which was conferenced in-person on July 18, 2024. There are several additional issues that need to be addressed in response to Plaintiff's Motion.

  We have conferred with Plaintiff's counsel, Olivia Kelly of Simmons Hanly Conroy, regarding a briefing schedule relative to this Motion. We proposed the following briefing schedule:

- **September 13, 2024:** A-I-I Opposition to be filed
- **October 9, 2024:** Plaintiff's Reply in further support of his MTD to be filed

Plaintiff has not agreed with these dates. We ask the Court to approve the above schedule despite Plaintiff's lack of consent. Thank you in advance for considering this request.

              Respectfully,

              Christopher S. Kozak

cc: Olivia Kelly, Esq.

4881-9495-0613v.1