**SIMMONS HANLY CONROY**
A NATIONAL LAW FIRM

SIMMONSFIRM.COM
(800) 479-9533

August 6, 2024

**VIA ECF**
Hon. Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *Gref v. Am. Int'l Indus.*, et al., 20-cv-05589

Dear Judge Figueredo,

    Plaintiff was surprised to receive Mr. Kozak's letter requesting, on behalf of defendant American International Industries ("AII"), an extended briefing schedule. Mr. Kozak reached out to us yesterday with the same request and, rather than denying his request as he claims, Plaintiff proposed a modified version. *See* Exhibit A. Mr. Kozak never responded to Plaintiff's proposal and instead filed his letter.

    The truth of the matter is that there are not "several additional issues that need to be addressed." Instead, despite working at a law firm with numerous attorneys and co-counsel with another large law firm, Mr. Kozak needs 6 weeks due to a personal vacation and driving his children to college. Plaintiff is attempting to dismiss his own claim against the Defendant, thereby ending this litigation. Defendant is refusing to take a dismissal with prejudice, forcing Plaintiff to file what should have been an unnecessary motion. Rather than accepting its success, AII seeks to extend this litigation even further by requesting a month and a half to oppose a simple 13-page motion to dismiss. Plaintiff respectfully requests that the Court deny AII's request and require AII to adhere to the deadlines as noticed in the Motion according to Local Civil Rule 6.1(b). As an alternative, we propose the schedule we offered to AII yesterday:

- AII's Opposition Deadline: September 6, 2024
- Plaintiff's Reply Deadline: September 20, 2024

    Thank you for your continued time and consideration in this matter.

                      Respectfully yours,

                      Olivia P. Kelly

cc:    Christopher Kozak, Esq.

*We stand for our clients.*

| HEADQUARTERS | NEW YORK | CHICAGO | SAN FRANCISCO | LOS ANGELES | ST. LOUIS |
|---|---|---|---|---|---|
| One Court Street | 112 Madison Avenue | 230 W. Monroe | 455 Market | 100 N. Sepulveda Blvd. | 231 S. Bemiston |
| Alton, IL 62002 | New York, NY 10016 | Suite 2221 | Suite 1150 | Suite 1350 | Suite 525 |
| TEL: (618) 259-2222 | TEL: (212) 784-6400 | Chicago, IL 60606 | San Francisco, CA 94105 | El Segundo, CA 90245 | St. Louis, MO 63105 |
| FAX: (618) 259-2251 | FAX: (212) 213-5949 | TEL: (312) 759-7500 | TEL: (415) 536-3986 | TEL: (310) 322-3555 | TEL: (800) 479-9533 |
| | | FAX: (312) 759-7516 | FAX: (415) 537-4120 | FAX: (310) 322-3655 | |