UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BRIAN JOSEPH GREF,

                        Plaintiff,

    -against-

AMERICAN INTERNATIONAL INDUSTRIES, et al.,

                     Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMENDED ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

20 Civ. 5589 (GBD) (VF)

GEORGE B. DANIELS, United States District Judge:

The above-listed action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | __ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| __ | Specific Non-Dispositive Motion/Dispute: | __ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| _X_ | Settlement | | Purpose:_____ |
| __ | Inquest After Default/Damages Hearing | __ | Habeas Corpus |
| | | __ | Social Security |
| | | _X_ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | **Motion to Dismiss (ECF No. 448)** |

Dated: New York, New York
       August 15, 2024

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge