## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN JOSEPH GREF, § <br> § <br> Plaintiff, § <br> § Case No. 1:20-CV-05589-GBD <br> v. § <br> § <br> AMERICAN INTERNATIONAL § <br> INDUSTRIES, individually and as § <br> successor-in-interest for the CLUBMAN § <br> BRAND, and to THE NESLEMUR § <br> COMPANY and PINAUD COMPANY, et § <br> al., § <br> Defendants. § | |

### DEFENDANT AMERICAN INTERNATIONAL INDUSTRIES' OBJECTION TO THE RECOMMENDATION FILED JANUARY 15, 2025 CONCERNING PLAINTIFF'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 72(b) and 28 U.S.C § 636(b)(1), Defendant American International Industries ("A-I-I"), by counsel, respectfully submits this Objection to Magistrate Judge Figueredo's Report and Recommendation filed January 15, 2025 (ECF No. 459) ("the Recommendation"), which recommends granting Plaintiff's Motion to Dismiss A-I-I with prejudice and without an award of fees or costs.

A-I-I objects to the Recommendation to preserve its position that it is entitled to recover costs under Federal Rule of Civil Procedure 54(d). The grounds for A-I-I's Objection are more fully stated in A-I-I's Memorandum in support of Objection.

Respectfully submitted this 29th day of January, 2025.

            */s/ Robert E. Thackston*
            Robert E. Thackston (*pro hac vice*)
            **NELSON MULLINS RILEY & SCARBOROUGH, LLP**
            3333 Lee Parkway, Suite 750
            Dallas, Texas 75219
            Telephone: 469-484-6100
            Facsimile: 469-828-7217
            robert.thackston@nelsonmullins.com

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 29th day of January 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all parties.

      */s/  Robert E. Thackston*