UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRIAN JOSEPH GREF,

                         Plaintiff,              20-CV-05589 (GBD) (VF)

       -against-                         **ORDER**

AMERICAN INTERNATIONAL INDUSTRIES
et al.,

                         Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Nonparty Northwell Health, Inc.'s ("Northwell") request for sanctions in the form of

reasonable attorney's fees and costs, is not moot. See Cooter & Gell v. Hartmarx Corp., 496

U.S. 384, 395-396 (1990) (explaining that "a federal court may consider collateral issues

after an action is no longer pending," including motions for costs, attorney's fees, and

sanctions); see also White v. N.H. Department of Employment Security, 455 U.S. 445, 452

(1982) ("Regardless of when attorney's fees are requested, the court's decision of

entitlement to fees will . . . require an inquiry separate from the decision on the merits.");

Usherson v. Bandshell Artist Mgmt., No. 19-CV-6368 (JMF), 2020 WL 3483661, at *6

(S.D.N.Y. June 26, 2020) ("The Court noted that dismissal did not moot the motion for

sanctions"). As such, the Court will consider Northwell's request for attorney's fees in due

course. In light of the additional arguments raised in Northwell's most recent filing,

Defendant American International Industries is directed to respond to the supplemental

briefing at ECF No. 469 by **May 5, 2025**.

      **SO ORDERED.**

DATED:     New York, New York
           April 21, 2025

                                            _____
                                            VALERIE FIGUEREDO
                                            United States Magistrate Judge