# K&L GATES

October 24, 2025

Nathan A. Huff
Partner
Nate.Huff@klgates.com

T +1 919 314 5636
F +1 919 516 2045

**Via ECF**

Hon. Valerie Figueredo
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Re: *Brian Joseph Gref v. American International Industries, Inc., et al.*
> Case No.: 1:20-cv-05589-GBD-VF
> <u>Pending Motion for Reasonable Attorney's Fees Pursuant to Rule 45(d)(1)</u>

Dear Judge Figueredo:

Don't fall for the trick. In response to a simple request for status update, AII tries to distract this Court from its own outrageous conduct. Unlike the cases AII attached to its letter, here AII knowingly inflicted substantial fees upon a nonparty—after all reliance on the subpoenaed information had been withdrawn and after it had won its case. Any fees inflicted on a nonparty after a case is won are by definition undue. And it is clear what this Court must do: "The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees . . . ." Fed. R. Civ. P. 45(d)(1).

**K&L GATES LLP**

<u>/s/ Nathan A. Huff</u>
Nathan A. Huff
North Carolina State Bar No. 40626
Anderson M. Shackelford
North Carolina State Bar No. 49510
430 Davis Dr., Suite 400
Morrisville, North Carolina 27560
Telephone: (919) 789-5703
Facsimile: (919) 789-5301
E-mail: nate.huff@klgates.com
E-mail: anderson.shackelford@klgates.com

***Counsel for Non-Party Northwell Health, Inc.***

cc: All counsel of record (via ECF)