

**NELSON MULLINS**

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

3333 Lee Parkway, Suite 750
Dallas, TX 75219
T: 469.484.6100  F: 469.828.7217
nelsonmullins.com

Robert E. Thackston
T: 469.484.4790
robert.thackston@nelsonmullins.com

November 21, 2025

*VIA ECF*
The Honorable Valerie Figueredo
Daniel Patrick Moynihan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Brian Joseph Gref v. American International Industries, et al. - Case No. 1:20-cv-05589-GBD-VF

Dear Judge Figueredo,

      American International Industries ("A-I-I") writes to provide notice of yet another decision—issued just days ago—that further confirms the propriety of A-I-I's subpoena to Northwell Health, Inc. ("Northwell"). For context, it is undisputed that plaintiff Brian Gref is one of the individuals identified as a subject in Dr. Jacqueline Moline's published case series.

      On November 18, 2025, the Supreme Court of the State of New York, New York County (Hon. Gerald Lebovits) issued an Order in *Johnson & Johnson, et al. v. Northwell Health, Inc.*, Index No. 153527/2024, compelling Northwell to produce the entirety of the information in its databases concerning Dr. Jacqueline Moline's 2020 and 2023 articles, as described in her October 14, 2025, deposition testimony. A copy of the Order is attached as **Exhibit A**, and the relevant portions of Dr. Moline's October 14, 2025, deposition transcript referenced in the Order is attached as **Exhibit B**.

      Justice Lebovitis also commented that the Northwell obstructionist tactics would "stop today."

      Justice Lebovits' order encompasses information A-I-I also sought in its subpoena to Northwell: the underlying data, "keys," and identifying information contained in Northwell's database that correspond to the subjects in Dr. Moline's publications.

November 21, 2025
Page 2

During her October 14, 2025, deposition, Dr. Moline confirmed:

- Northwell has a key maintained on its servers containing the identities of the subjects in Dr. Moline's articles.

- The key contains information including the subject's age, date of diagnosis, tumor type and location, products used, and even the law firm representing each individual.

- Dr. Moline relied on this key to compile the names she provided, but Northwell withheld all other data because she was "only asked to provide names."

- Two separate keys exist—one for the 2020 paper and one for the 2023 paper—and both are maintained in Northwell's HIPAA-compliant system.

- Dr. Moline acknowledged this information is considered Northwell's property and is within Northwell's full control.

A-I-I has learned that, during the November 18th hearing, Northwell's counsel implied that Northwell would have complied with J&J's subpoena had it been "more specific." A-I-I's subpoena in this action expressly sought the detailed underlying data and database fields addressed in Justice Lebovits' order. A-I-I will provide the transcript of the November 18 hearing as soon as it becomes available.

This new ruling is consistent with the three prior decisions A-I-I has provided this court: (Pecos River v. Emory; *Moline v. Pecos River*; and the NYCAL Special Master's ruling), All reached the same conclusion that discovery into the identities, underlying data, and accuracy of Dr. Moline's litigation-related publications is proper, relevant, and not shielded by privacy or research-ethics privileges.

Justice Lebovits' order is now the fourth order to compel this exact discovery. This consistent and growing body of authority confirms that A-I-I's subpoena was entirely proper, justified, and directed at information courts now universally recognize as discoverable and essential to evaluating the accuracy of Dr. Moline's publications. Plaintiffs nonsuited the Gref case to avoid having to produce the Moline information. It was in no way improper for A-I-I to request it.

Northwell's request for sanctions against A-I-I is a ploy to profit from their improper conduct and attempt to try to intimidate other parties from trying to get to the truth behind the Moline litigation-driven articles.

November 21, 2025
Page 3

                              Sincerely,

                              Robert E. Thackston

RET/tls
Attachments
cc:  All Parties of Record (via ECF)

4919-7992-8187 v.1