# EXHIBIT A

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

PRESENT: **HON. GERALD LEBOVITS**   PART ___07___
                                     *Justice*

-----------------------------------------------------------------X

JOHNSON & JOHNSON, JOHNSON & JOHNSON
HOLDCO (NA) INC., JANSSEN PHARMACEUTICALS,
INC., KENVUE INC., and LLT MANAGEMENT LLC

INDEX NO.  153527/2024

Interim Order on Consent

Plaintiffs,

- v -

NORTHWELL HEALTH INC.,

MOT. SEQ. NO. 005

Defendant.

-----------------------------------------------------------------X

AS SET FORTH IN FURTHER DETAIL ON THE RECORD AT THE NOVEMBER 18, 2025 ORAL ARGUMENT ON MOT. SEQ. NO. 005, RESPONDENT NORTHWELL HEALTH, INC. SHALL PRODUCE THE ENTIRETY OF THE INFORMATION ON ITS DATABASES CONCERNING DR. MOLINE'S 2020 AND 2023 ARTICLES THAT DR. MOLINE DESCRIBED AT LINES 297:22 - 301:22 OF HER OCTOBER 14, 2025 DEPOSITION IN THE MATTER OF CLARK et al. v. J&J et al. TO COUNSEL FOR PETITIONER J&J NO LATER THAN 5:00 PM ON TUESDAY, NOVEMBER 25, 2025.

FAILURE TO DO SO MAY RESULT IN PETITIONER MOVING FOR CONTEMPT AGAINST RESPONDENT. THIS ORDER IS WITHOUT PREJUDICE TO PETITIONER'S PENDING REQUEST FOR SANCTIONS RELATED TO THIS MOTION.

DATE: 11/18/2025

_____
GERALD LEBOVITS, JSC
HON. GERALD LEBOVITS
J.S.C.

Check One:     ☐ Case Disposed     ☑ Non-Final Disposition

Check if Appropriate:     ☐ Other (Specify _____ )