# K&L GATES

November 26, 2025

Nathan A. Huff
Partner
Nate.Huff@klgates.com

T +1 919 314 5636
F +1 919 516 2045

**Via ECF**

Hon. Valerie Figueredo
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: *Brian Joseph Gref v. American International Industries, Inc., et al.*
     Case No.: 1:20-cv-05589-GBD-VF
     <u>Pending Motion for Reasonable Attorney's Fees Pursuant to Rule 45(d)(1)</u>

Dear Judge Figueredo:

American International Industries (AII) continues to attempt to distract from the sole issue before the Court: whether the burden AII knowingly inflicted on nonparty Northwell—after all reliance on the subpoenaed information had been withdrawn and after it won the case—was undue. If so, Rule 45 mandates an appropriate sanction. Fed. R. Civ. P. 45(d)(1). AII's recent letter and attachments don't address this issue at all; it is simply another example of AII continuing to inflict burden on a nonparty after winning its case. Such burden is, by definition, undue. This Court must award an appropriate sanction.

           **K&L GATES LLP**

           */s/ Nathan A. Huff*
           Nathan A. Huff
           North Carolina State Bar No. 40626
           Anderson M. Shackelford
           North Carolina State Bar No. 49510
           430 Davis Dr., Suite 400
           Morrisville, North Carolina 27560
           Telephone: (919) 789-5703
           Facsimile: (919) 789-5301
           E-mail: nate.huff@klgates.com
           E-mail: anderson.shackelford@klgates.com

           ***Counsel for Non-Party Northwell Health, Inc.***

cc: All counsel of record (via ECF)