

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW
19191 South Vermont Avenue
Suite 900
Torrance, CA 90502
T:(424) 221-7400  F:(424) 221-7499
**nelsonmullins.com**

Nilofar Karbassi
Partner
T: (424) 221-7422
Nilofar.karbassi@nelsonmullins.com

December 3, 2025

*VIA ECF*
The Honorable Valerie Figueredo
Daniel Patrick Moynihan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Brian Joseph Gref v. American International Industries, et al. - Case No. 1:20-cv-05589-GBD-VF

Dear Judge Figueredo,

    American International Industries ("A-I-I") respectfully submits the certified transcript of the November 18, 2025, hearing before Justice Gerald Lebovits of the Supreme Court of the State of New York in *Johnson & Johnson, et al. v. Northwell Health, Inc.*, Index No. 153527/2024.

    As noted in A-I-I's November 21, 2025, letter to the Court, Justice Lebovits' ruling directly addresses the same categories of Northwell-maintained data and identifying information that are at issue in this action. The transcript further reflects Justice Lebovits' findings regarding Northwell's ongoing possession of the keys, databases, and identifying information corresponding to the subjects of Dr. Jacqueline Moline's 2020 and 2023 publications.

    Because these discovery issues overlap with those currently pending before Your Honor, A-I-I submits the transcript to ensure the Court has the full record of Justice Lebovits' rulings and the statements made by Northwell's counsel during that hearing.

                                                 Sincerely,

                                                 Nilofar Karbassi

NK/trg
/Enclosure

December 3, 2025
Page 2

cc: All Parties of Record (via ECF)

4932-3504-9341 v.2