**K&L GATES**

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: January 8, 2026**

The request to seal is GRANTED. The Clerk of the Court is respectfully directed to close the motion at ECF No. 481.

January 7, 2026

**VIA ECF**

Hon. Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> **Re:   Brian Joseph Gref v. American International Industries, Inc., et al.**
> **Case No.: 1:20-cv-05589-GBD-VF**

Dear Judge Figueredo,

In accordance with Your Honor's Individual Practices and Section 6 of the ECF Rules & Instructions, and your request of earlier today, nonparty Northwell submits this Letter Motion for approval to file under seal an unredacted copy of the invoices submitted as Exhibit A to the declaration of Nathan Huff (ECF 470-1).

The request for approval to file these unreacted invoices under seal is necessitated by the confidential and privileged content of the billing entries contained in the document.

The foregoing sets forth the particular reasons for the request for leave to allow the unredacted invoices to be filed under seal. The invoices are also being filed contemporaneously under seal in the ECF system and electronically related to this Letter Motion.

Please let me know if Your Honor would like any additional information or has any questions.

Respectfully,

*/s/ Nathan A. Huff*

Nathan A. Huff