**K&L GATES**

February 24, 2026

> **MEMO ENDORSED**
>
> [signature]
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
>
> Dated: February 26, 2026
>
> The request to seal is GRANTED. The Clerk of the Court is respectfully directed to close the motion at ECF No. 485.

**VIA ECF**

Hon. Valerie Figueredo
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

   Re: *Brian Joseph Gref v. American International Industries, Inc., et al.*
     Case No.: 1:20-cv-05589-GBD-VF

Dear Judge Figueredo:

  In accordance with Your Honor's Individual Practices and Section 6 of the ECF Rules and Instructions, nonparty Northwell Health, Inc. ("Northwell") submits this Letter Motion for approval to supplement its prior submission and file under seal an unredacted copy of the 2025 invoices attached as "**Exhibit A**" to the declaration of Nathan A. Huff being filed contemporaneously herewith.

  The request for approval to file these unredacted invoices under seal is necessitated by the confidential and privileged content of the billing entries contained in the invoices.

  The foregoing sets forth the particular reasons for the request for leave to allow the unredacted invoices to be filed under seal. The 2025 invoices are being filed contemporaneously under seal in the ECF system and electronically related to this Letter Motion. Pursuant to the Court's rules, a redacted copy of the same 2025 invoices is also being filed.

  Please let me know if Your Honor would like additional information or has any further questions.

Respectfully,

*/s/ Nathan A. Huff*

Nathan A. Huff